**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROBERT BRYANT, individually and as parent and next friend of KAYLA MARIE BRYANT,** | ) | |
| **Plaintiffs** | ) | |
| **v.** | ) | **C.A. NO. 07-104ML** |
| **OLABODE ODUNAIKE and TRUCKLEASE CORPORATION,** | ) | |
| **Defendants** | ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendant Olabode Odunaike respectfully requests an extension of time to respond to the Complaint. In support thereof, Defendant avers the following:

1. On or about February 9, 2007, Plaintiffs Robert Bryant and Kayla Marie Bryant filed a Complaint in the State of Rhode Island and Providence Plantations, Superior Court, against Defendants Olabode Odunaike and Trucklease Corporation, Case No. 2007-0760. The Complaint alleges state law causes of action for negligence and loss of consortium against Defendants Odunaike and Trucklease Corporation.

2. Because Odunaike is an employee of the United States Postal Service, Defendant removed this action to this Court pursuant to 28 U.S.C. § 2679(d)(2).

3. Pursuant to Federal Rule of Civil Procedure 81(c), the time for responding to the Complaint after removal is twenty days after receipt through service or otherwise of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based, or within twenty days after the service of summons upon such initial pleading, then filed, or within

five days after the filing of the petition for removal is filed, whichever period is longest.

4. In the instant case, Defendant Odunaike's answer would be due March 26, 2007, five days after the case was removed to this Court.

5. Additionally, had Plaintiff properly filed his action in this Court, pursuant to Federal Rule of Civil Procedure 12(a)(3), Defendant Odunaike, as an officer of the United States would have had sixty (60) days to respond to the Complaint.

6. Accordingly, Defendant Odunaike respectfully requests a sixty (60) day extension of time to respond to the Complaint.

**WHEREFORE**, Defendant Obunaike respectfully requests sixty (60) days to respond to the allegations in the Complaint.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903
401/709-5000
401/709-5017 (fax)
Email: dulce.donovan@usdoj.gov

Dated: March 21, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of March, 2007, I caused a copy of the within Defendant's Motion for an Extension of Time to Respond to the Complaint to be electronically filed using the CM/ECF System.

I further certify that on the 21st day of March, 2007, a copy of the within document was sent, by postage prepaid mail, to:

James P. Howe, Esq.
215 Broadway
Providence, RI 02860

Michael Urban, Esq.
Law Offices of Jacqueline Allen
1 Liberty Square, 12th Floor
Boston, MA 02109

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903
401/709-5000
401/709-5017 (fax)
Email: dulce.donovan@usdoj.gov