**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROBERT BRYANT, individually and as parent and next friend of KAYLA MARIE BRYANT,** | ) | CA 07 104 ML |
| **Plaintiffs** | ) | |
| **v.** | ) | **C. A. NO.** |
| **OLABODE ODUNAIKE and TRUCKLEASE CORPORATION,** | ) | |
| **Defendants** | ) | |

**NOTICE OF REMOVAL**

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND:**

1. On or about February 9, 2007, Plaintiffs Robert Bryant and Kayla Marie Bryant filed a Complaint in the State of Rhode Island and Providence Plantations, Superior Court, against Defendants Olabode Odunaike and Trucklease Corporation, Case No. 2007-0760. The Complaint alleges state law causes of action for negligence and loss of consortium against Defendants Odunaike and Trucklease Corporation.

2. The attached documents are copies of the Complaint and Summons served on Defendant Odunaike on February 23, 2007. Certified or attested copies of all records and proceedings in the State of Rhode Island Superior Court, and a certified or attested copy of all docket entries there, including the filing of a copy of this Notice of Removal, will be listed with this Court within ten days as required by District of Rhode Island Local Rule 81(b).

3. Pursuant to 28 U.S.C. § 2679(b)(1), the exclusive remedy for personal injury arising or resulting from the negligent or wrongful acts of an employee of the United States while acting withing the scope of his employment is action against the United States pursuant to 28 U.S.C. § 1346(b).

4. Furthermore, 28 U.S.C. § 2679(d)(2) "[u]pon certification by the Attorney General that the defendant employee was acting within the scope of his . . . employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a State court shall be removed without bond at any time before trial by the Attorney General to the district court of the United States for the district and division embracing the place in which the action or proceeding is pending. Such action or proceeding shall be deemed to be an action or proceeding brought against the United States . . . and the United States shall be substituted as the party defendant. This certification of the Attorney General shall conclusively establish scope of office or employment for purposes of removal."

5. Defendant Odunaike is an employee of the United States Postal Service.

6. The allegations in the Complaint arise out of a motor vehicle accident occurring while Odunaike was working for the United States Postal Service.

7. The attached certification of Robert Clark Corrente, United States Attorney for the District of Rhode Island, the Attorney General's designee, states that he has read the Complaint in this action and that on the basis of information now available to him, finds and certifies that Defendant Olabode Odunaike was acting within the scope of his employment as an employee of the United States at the time of the incident out of which the Plaintiffs' claims arose. Accordingly, this action is properly removed pursuant to 28 U.S.C. § 2679(d)(2).

8. Additionally, as Plaintiff served Defendant Odunaike on February 23, 2007, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

9. Notice of removal has been provided this date to Plaintiffs, the Clerk of the Providence, Rhode Island Superior Court, and Defendant Trucklease Corporation.

10. No defenses, including immunity are waived by the filing of this Notice of Removal.

Wherefore, notice is respectfully given that the captioned matter is removed to the United States District Court for the District of Rhode Island.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903
401/709-5000
401/709-5017 (fax)
Email: dulce.donovan@usdoj.gov

Dated: March 21, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of March, 2007, I caused a copy of the within documents to be forwarded, by postage prepaid mail, to:

James P. Howe, Esq.
215 Broadway
Providence, RI 02860

Michael Urban, Esq.
Law Offices of Jacqueline Allen
1 Liberty Square, 12th Floor
Boston, MA 02109