UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT BRYANT, individually and as parent and next friend of KAYLA MARIE BRYANT | ) | |
| vs. | ) | C.A. NO. 07-104ML |
| OLABODE ODUNAIKE and TRUCKLEASE CORPORATION, Alias | ) | |

**CERTIFICATION**

Pursuant to Local Rule 36(b), the United States of America hereby files certified copies of all pleadings together with a certified copy of the docket sheet reflecting the filing date of the petition for removal.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

By its Attorneys,

DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903
401/709-5000
401/709-5017 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of March, 2007, I caused a copy of the within Certification to be forwarded, by postage prepaid mail, to

James P. Howe, Esq.
215 Broadway
Providence, RI 02903

Michael Urban, Esq.
Law offices of Jacqueline Allen
1 Liberty Square, 12th Floor
Boston, MA 02109

Nancy A DiQuinzio
______________________________

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-0760 ROBERT BRYANT V OLABODE ODUNAIKE

Filing Date: 02-09-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: PERSONAL INJURY-VEHICLE
Status Date: 03-21-2007

Plaintiff: ROBERT BRYANT
ID: @10888214
Attorney: JAMES HOWE

Plaintiff: KAYLA BRYANT
ID: @10888215
Attorney: JAMES HOWE

Defendant: OLABODE ODUNAIKE
ID: @10888216

Defendant: TRUCKLEASE CORPORATION
ID: @10888217

## Scheduled Events

| Date | Event | Location | Judge |
| --- | --- | --- | --- |

## Prior Events

| Date | Event | Location | Judge |
| --- | --- | --- | --- |

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
| --- | --- | --- | --- |

## Docket Entry Information

| Date | Description | Text |
| --- | --- | --- |
| 02-09-2007 | COMPLAINT FILED | |
| 02-09-2007 | INITIAL FILING FEE | |
| 02-09-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP242861. |
| 03-05-2007 | SUMMONS,PROOF OF SERVICE FILED | AGENT FOR CT CORP SYSTEM |
| 03-05-2007 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: ODUNAIKE, OLABODE |
| 03-05-2007 | AFFIDAVIT OF NOTICE | |
| 03-21-2007 | NOTICE OF REMOVAL | TO U.S. DISTRICT COURT -- FILED BY DULCE DONOVAN ASSISTANT U.S. ATTY |
| 03-21-2007 | CASE REMVD TO US DISTRICT CT | |
| 03-21-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

Office of Clerk of Superior Co
Counties of Providence & Bris
Providence, Rhode Island