**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Robert Bryant, Individually and as parent and next friend of Kayla Marie Bryant, Plaintiff, | ) | Civil Action No. 07-104ML |
| v. | ) | |
| Olabode Odunaike and Trucklease Corporation, Alias and Does 1 thru 5, Defendants. | ) | |

**<u>STIPULATION TO EXTEND TIME FOR FILING ANSWER</u>**

Now come the parties, and hereby stipulate that the Defendant, Trucklease Corporation, will be granted up to and including April 17, 2007 in which to file its Answer in above captioned matter.

Respectfully submitted,
The Plaintiff,
By his attorney,
/s/ James P. Howe
James P. Howe, Esquire
RI Bar No. 2716
215 Broadway
Providence, RI 02903
401-272-3900

The Defendant,
Trucklease Corporation,
By its attorney,
/s/ Michael D. Urban
Michael D. Urban
RI Bar No. 5611
Law Offices of Jacqueline L. Allen
One Liberty Square, 12th Floor
Boston, MA 02109
617-878-4618

**CERTIFICATE OF SERVICE**

I, Michael D. Urban, attorney for the Defendant, Trucklease Corporation, in the above-entitled action, hereby certify that on the 4 day of April, 2007, I electronically filed a copy of the within Stipulation To Extend Time For Filing Answer through the ECF system of the United States District Court for the District of Rhode Island.

/s/ Michael D. Urban

Michael D. Urban
R.I. Bar No. 5611
Law Offices of Jacqueline L. Allen
One Liberty Square, 12th Floor
Boston, MA 02109
617-878-4618