**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Robert Bryant, Individually and )<br>as parent and next friend of )<br>Kayla Marie Bryant, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>Olabode Odunaike and )<br>Trucklease Corporation, Alias )<br>and Does 1 thru 5, )<br>Defendants. ) | Civil Action No. 07-104ML |

**ASSENTED TO MOTION TO RESCHEDULE RULE 16 CONFERENCE**

Now comes the Defendant, Trucklease Corporation, through counsel and states as follows:

1. The Court has scheduled a Rule 16 Conference for May 15, 2007 at 9:30 a.m. in the morning.

2. Counsel for Defendant, Trucklease Corporation, is presently scheduled to try the matter of Anthony Deafonseca, et al v. City of Newton School Department, Civil PLCV-2003-00183, in the Plymouth County Superior Court on that date. This is a firm trial date. There is no one else in counsel's office who can cover this trial or who is admitted to the United States District Court for the District of Rhode Island that could substitute for the Court's Rule 16 Conference.

3. Counsel, therefore, requests that the Court reschedule the Rule 16 Conference.

4. Certification: Counsel for the Plaintiff and Counsel for the Co-Defendant were contacted concerning this Motion and assent to this Motion.

WHEREFORE, the Defendant prays that:

a. the Court reschedule the Rule 16 Conference; and

b. the Court grant such further relief as it deems just and proper.

Respectfully submitted,

The Defendant,
Trucklease Corporation,
By its attorney,
/s/ Michael D. Urban
Michael D. Urban
RI Bar No. 5611
Law Offices of Jacqueline L. Allen
One Liberty Square, 12th Floor
Boston, MA 02109
617-878-4618

**CERTIFICATE OF SERVICE**

I, Michael D. Urban, attorney for the Defendant, Trucklease Corporation, in the above-entitled action, hereby certify that on the 2nd day of May, 2007, I electronically filed a copy of the within Assented to Motion to Reschedule Rule 16 Conference through the ECF system of the United States District Court for the District of Rhode Island.

/s/ Michael D. Urban

Michael D. Urban
R.I. Bar No. 5611
Law Offices of Jacqueline L. Allen
One Liberty Square, 12th Floor
Boston, MA 02109
617-878-4618