UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT BRYANT, individually and<br>as parent and next friend of<br>KAYLA MARIE BRYANT | ) | |
| vs. | ) | C.A. NO. 07-104ML |
| OLABODE ODUNAIKE and<br>TRUCKLEASE CORPORATION, Alias | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of Defendant Olabode Odunaike in the above-captioned case.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Ly T. Nguyen
LY T. NGUYEN, Bar No. 66676
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on this 22nd day of May, 2007, I caused to be electronically filed the within Notice of Entry of Appearance, with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant(s), as identified on the Notice of Electronic Filing, have received notice electronically:

James P. Howe
215 Broadway
Providence, RI 02903

Michael D. Urban
Law Offices of Jacqueline L. Allen
One Liberty Square, 12th Floor
Boston, MA 02109

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
*Email:* ly.nguyen@usdoj.gov