**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROBERT BRYANT, individually and as parent and next friend of KAYLA MARIE BRYANT,** | ) | |
| **Plaintiffs** | ) | |
| **vs.** | ) | **C.A. NO. 07-104ML** |
| **OLABODE ODUNAIKE and TRUCKLEASE CORPORATION, Alias,** | ) | |
| **Defendants** | ) | |

**DEFENDANT ODUNAIKE'S MOTION TO SUBSTITUTE THE UNITED STATES OF AMERICA FOR OLABODE ODUNAIKE AS A DEFENDANT**

COMES NOW, the United States of America, on behalf of Defendant Olabode Odunaike, and moves to substitute the United States of America for Olabode Odunaike as the proper defendant in this case pursuant to 28 U.S.C. § 2679(d)(1).

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Ly T. Nguyen
LY T. NGUYEN, Bar No. 66676
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000(ph)/401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROBERT BRYANT, individually and as parent and next friend of KAYLA MARIE BRYANT,** | ) | |
| **Plaintiffs** | ) | |
| **vs.** | ) | **C.A. NO. 07-104ML** |
| **OLABODE ODUNAIKE and TRUCKLEASE CORPORATION, Alias,** | ) | |
| **Defendants** | ) | |

**DEFENDANT ODUNAIKE'S MEMORANDUM IN SUPPORT OF MOTION TO SUBSTITUTE THE UNITED STATES OF AMERICA FOR OLABODE ODUNAIKE AS A DEFENDANT**

Pursuant to 28 U.S.C. § 2679(d)(1), the United States of America should be substituted for Olabode Odunaike as the proper defendant in this case. The exclusive remedy against any personal injury arising from the negligent or wrongful act or omission of any federal employee acting within the scope of his employment is against the United States, and any civil action against the employee or the employee's estate is precluded. 28 U.S.C. § 2679(b)(1); see also McCloskey v. Mueller, 446 F.3d 262, 266 (1st Cir. 2006) (United States is the only proper defendant in Federal Tort Claims Act claim). Title 28, United States Code, Section 2679(b)(1), specifically provides:

> The remedy against the United States provided by sections 1346(b) and 2672 of this title for injury or loss of property, or personal injury or death arising or resulting from the negligent or wrongful act or omission of any employee of the Government while acting within the scope of this office or employment is exclusive of any other civil action or proceeding for money damages by reason of the same subject matter against the employee whose act or omission gave rise to the claim or against the estate of such employee. Any other civil action or proceeding for money damages arising out of or relating to the same subject matter against the employee or the employee's estate is precluded without regard

to when the act or omission occurred.

Further, 28 U.S.C. § 2679(d)(1) requires the substitution of the United States when the Attorney General certifies that the defendant employee was acting within the scope of his employment:

> Upon certification by the Attorney General that the defendant employee was acting within the scope of his office or employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a United States district court shall be deemed an action against the United States under the provisions of this title and all references thereto, and the United States shall be as substituted as the party defendant.

On March 19, 2007, Robert Clark Corrente, United States Attorney, on behalf of the Attorney General, certified that Defendant Olabode Odunaike was acting within the scope of his employment at the time of the incident out of which the claim arose. See Certification filed March 21, 2007. Thus, Defendant Odunaike respectfully requests that the United States of America be substituted as a defendant in place of Defendant Odunaike in this case.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Ly T. Nguyen
LY T. NGUYEN, Bar No. 66676
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000(ph)/401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on this 22nd day of May, 2007, I caused to be electronically filed the Defendant Odunaike's Motion to Substitute the United States of America for Olabode Odunaike as a Defendant and Memorandum in Support of Defendant Odunaike's Motion to Substitute the United States of America for Olabode Odunaike as a Defendant, with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant(s), as identified on the Notice of Electronic Filing, have received notice electronically:

James P. Howe
215 Broadway
Providence, RI 02903

Michael D. Urban
Law Offices of Jacqueline L. Allen
One Liberty Square, 12th Floor
Boston, MA 02109

/s/ Ly T. Nguyen
LY T. NGUYEN, Bar No. 66676
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: ly.nguyen@usdoj.gov