UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT BRYANT, et. al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-104ML |
| | ) | |
| | ) | |
| OLABODE ODUNAIKE AND TRUCKLEASE CORPORATION, et. al. | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF KIMBERLY A. HERBST**

I, KIMBERLY A. HERBST, make the following declaration in lieu of affidavit pursuant to 28 U.S.C. §1746. I am aware that this declaration is the legal equivalent of a statement under oath and that it will be filed in the United States District Court for the Southern District of Rhode Island.

1. I am a Tort Claim Examiner/Adjudicator with the United States Postal Service National Tort Center, St. Louis General Law Office.

2. In that capacity, I have access to, and regularly utilize, all Postal Service records that are maintained on each administrative claim submitted for adjudication to the Postal Service pursuant to the provisions of the Federal Tort Claims Act, §§ 1346(b) and 2671 et seq. regarding incidents that occur within the State of Rhode Island.

3. All documents listed below and attached hereto are from Postal Service files relating to the February 11, 2004 accident that is the alleged basis for

GOVERNMENT EXHIBIT
/

the above-referenced complaint and maintained in the ordinary course of Postal Business.

| | |
|---|---|
| Ex. A | 6/11/04 letter of representation from Attorney Priscilla DiMaio on behalf of her client Robert Bryant received by USPS on 6/15/04 |
| Ex. B | 6/18/04 letter from Richard Piette of Tort Claims Office to Attorney DiMaio including a blank Standard Form 95 and instructions for completion |
| Ex. C | Blank SF 95 (Claim for Damage, Injury, or Death) |
| Ex. D | SF 95 signed by Robert A. Bryant and received by USPS on July 2, 2004 |
| Ex. E | 5/11/06 tender letter from William Napoleone of Ford Motor Credit to USPS received by USPS on 5./18/06 |
| Ex. F | 4/6/06 letter of representation from Attorney James Howe to Trucklease Corp. on behalf of his client Robert Bryant received by USPS on 5/18/06 |
| Ex. G | 5/18/06 letter from Eileen Lewis of the Tort Claims Office sent Certified Mail to Attorney James Howe including a blank Standard Form 95 and instructions for completion |
| Ex. H | Blank SF 95 (Claim for Damage, Injury, or Death) |
| Ex. I | Certified Mail Receipt signed by Stephanie Tallo on 5/19/06 for receipt of 5/18/06 letter and SF 95 to Attorney Howe |
| Ex. J | Contract between AMI Leasing (also known as Trucklease Corporation) and the United States Postal Service |

4. On June 15, 2004, the Postal Service received a letter of representation from Attorney Priscilla DiMaio on behalf of her client Robert Bryant. See Exhibit A attached and incorporated herein.

5. On June 18, 2004, Richard Piette of the Tort Claims Office mailed Ms. DiMaio a letter with included a Standard Form 95 (Claim for Damage, Injury or Death) and instructed her that it would be necessary for her to complete the form by answering all questions on both the front and reverse sides of the forms. Piette told

her to complete all blanks on the form and enter "none" or "not applicable" in those items which did not apply. He directed her to the instructions on the reverse side of the form and told her to contact him if she needed assistance or had questions regarding the claim. See Exhibits B & C attached and incorporated herein.

6. On July 2, 2004, the Tort Claims Office received a SF95 Claim Form signed by Robert A. Bryant in which he indicated the following information in Block 12 of the form:

**12a. PROPERTY DAMAGE** – "N/A"

**12b. PERSONAL INJURY** – "N/A"

**12c. WRONGFUL DEATH** – "N/A"

**12d. TOTAL** – "N/A"

See Exhibit D attached and incorporated herein.

7. On May 18, 2006, we received a tender letter of from William Napoleone of Ford Motor Credit (claims representative for Trucklease Corporation d/b/a/ AMI Leasing) which included a letter of representation dated April 6, 2006 from Bryant's Attorney James P. Howe. See Exhibits E & F attached and incorporated herein.

8. On May 18, 2006, our Tort Claims office representative Eileen Lewis mailed Attorney James Howe a letter which included a Standard Form 95 (Claim for Damage, Injury or Death) and instructed him that it would be necessary for him to complete the form on behalf of his client Bryant by answering all questions on both the front and reverse sides of the forms. She told him to complete all blanks on the form and enter "none" or "not applicable" in those items which did not apply. She

directed him to the instructions on the reverse side of the form and told him to contact our office if he needed assistance or had questions regarding the claim. See Exhibits G & H attached and incorporated herein.

9. The letter and SF95 described in paragraph 8 were mailed Certified Mail Return Receipt and were signed for by Stephanie Tallo on May 19, 2006. See Exhibit I attached and incorporated herein.

10. Neither Attorney Howe nor Mr. Bryant responded to the May 18, 2006 letter and neither filed a fully completed claim on behalf of Mr. Bryant.

11. On or about February 7, 2007, the complaint in Bryant v. Trucklease, Rhode Island Superior Court Case No. PC20070760 was filed.

12. Based on my research, at no time did the Postal Service ever receive a SF95 Claim for Damage, Injury or Death filed on behalf of minor Kayla Marie Bryant.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

5/21/07
Dated

Kimberly A. Herbst
KIMBERLY A. HERBST
Tort Claim Examiner/Adjudicator
USPS, National Tort Center