LAW OFFICE OF
**PAUL J. DIMAIO, ESQUIRE**
215 BROADWAY
PROVIDENCE, RHODE ISLAND 02903
(401) 272-3900
FAX: (401) 453-1230

June 11, 2004

Richard Piette
Tort Claims Department
24 Corliss Street
Providence, RI

RECEIVED JUN 15 2004

| | | |
|---|---|---|
| RE: | MY CLIENT: | ROBERT BRYANT |
| | YOUR INSURED: | OLABODE ODUNAIKE |
| | POLICY#: | 47397 |
| | DATE OF ACCIDENT: | 2/11/04 |

Dear Mr. Piette:

Please be advised that this office represents Mr. Robert Bryant regarding an accident on February 11th, 2004, with your insured. Due to the negligent driving of Olabode Odunaike, my client suffered personal injuries and property damage.

Please refer all future communications to my office. Finally, advise in writing as to your insured's policy limits at the time of the accident, also I would like a copy of the estimate of damages and payment made to Mr. Bryant. Thank you.

Very truly yours,

Priscilla DiMaio

PRISCILLA DIMAIO
Attorney

GOVERNMENT EXHIBIT
A