TORT CLAIMS INVESTIGATIONS
Southeast New England Performance Cluster

UNITED STATES POSTAL SERVICE

COPY

June 18, 2004

Priscilla DiMaio
215 Broadway
Providence, RI 02903-3017

Ref: Property Damage/Personal Injury Accident
USPS Case #: 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A
Date of Incident: February 11, 2004
Your Client: Robert Bryant

Dear Attorney DiMaio,

In response to your request, enclosed please find a claim form SF 95 - "Claim for Damage, Injury or Death". In order for your claim to receive proper consideration, it is requested that you supply all material facts on this form, as it will be the basis for further action on your claim. The instructions outlined below, as well as the instructions on the reverse side of the form SF 95, should be read before completing the form:

(1) All sections of the form must be completed. In those areas requiring information that is not pertinent to your claim, please indicate same by remarks such as "Not Applicable (N/A)", "No", or "None". **DO NOT LEAVE ANY SPACES BLANK**;

(2) Please return the original completed form to this office. If any insurance company has paid for part of the repair or damage, such as the deductible, then two (2) separate claims must be submitted, one (1) of which is for the insurance company, and one (1) for yourself. The claim submitted for the insurance company must be accompanied by a subrogation receipt for the amount they have paid;

(3) Obtain and submit two (2) estimates on the work to be done, or, submit a copy of the itemized "PAID" bill. When estimates are used, both copies must be signed by the person making the estimate. Unsigned estimates are not valid, and therefore are not acceptable; **(If the vehicle is considered totaled, a copy of its "book value" must be submitted.)**

24 CORLISS STREET
PROVIDENCE, RI 02904-9331
(401) 276-6809
FAX: (401) 276-6884

GOVERNMENT EXHIBIT
B

(4) In support of a claim for personal injury, the Postal Service requires a medical report from the attending physician, as well as doctor bills showing the date of each treatment, the treatment given, and the cost of each treatment. The doctor's report should include the following information:

- Name, age and address of patient;
- History of condition and date and history of accident as described by the patient;
- Result of x-rays and date taken;
- Diagnosis, describing character and extent of injury;
- Contributing factors, including any pre-existing condition having a bearing on the alleged injury; and
- Prognosis, including the length of time of any partial disability and extent of such disability.

(5) A claim must be for a specific amount. That amount must be shown in the appropriate spaces(s); **A claim is not valid without a total claim amount stated in 12d.**

(6) Claim adjusters or attorneys may not submit the claim or sign the claim form unless a copy of their Power of Attorney is attached thereto; and

(7) Acceptance of a claim is not an admission of liability on the part of the Government.

**The U S Postal Service is self-insured. As such, there are no policy limits. The U S Postal Service has made no property damage payment to Mr. Bryant.**

**Please be advised that another party has filed a property damage claim in this matter. Proof of ownership of this vehicle IS REQUIRED before any property damage claim can be considered. I have enclosed a stamped, self-addressed envelope for this purpose. The other party has also been requested to provide such proof.**

If you have any questions concerning this matter, please do not hesitate to contact this office.

Sincerely,

*Richard G. Piette*

Richard G. Piette
Tort Claims Office

Enclosures: SF-95 (2), SASE

cc: Accident File