Ford Motor Credit Company

RECEIVED
MAY 18 2006

May 11, 2006

United States Postal Service
24 Corliss St. Room 100
Providence, RI 02904-2477

Attn: Supervisor, Transportation Operations

RE: Accident Robert Bryant and Olabode Odunaike
DOL: 2/11/2004

My company is currently responsible for managing claims settlement for AMI Leasing/Trucklease Corporation, 46 W Boylston Street, Worchester, MA 01613 which ceased business operations on September 1, 2004. The attached accident was forwarded to my attention for settlement. My review of AMI Leasing/Trucklease Corporation records show that the 1999 Kenworth truck (1NKMHD7XXXS819311) involved in this accident was rented from AMI Leasing/Trucklease Corporation for use by the U.S. Postal Service during the time of this accident.

The attorney and insurance representative for the operator of the other vehicle involved in the accident are now requesting reimbursement for losses sustained by their client. The attached letter sent form your office indicates that the U.S. Postal Service "self-insures" for losses caused by their drivers. Therefore, I am sending this demand to your office for review and settlement. I will notify the parties identified in this demand to directly contact your office to discuss settlement.

Please contact me if I can be of further assistance.

Sincerely,

William Napoleone

William Napoleone - Insurance Manager
One American Road
MD 7480
Dearborn, MI 48126
Phone: 313-594-1640
Fax:313-845-6124
wnapoleo@ford.com

GOVERNMENT EXHIBIT
E