**James P. Howe**
Law Offices

215 Broadway
Providence • Rhode Island • 02903
401-272-3900 FAX 401-831-9305
e-mail: jph@jamesphowe.com

April 6, 2006

Trucklease Corporation
46 W Boylston Street
Worcester, MA 01605

*RE: Robert Bryant*
*Accident of 2-11-04*

Dear Sir or Madam:

Please be advised that the undersigned represents the interest of Robert Bryant who was injured as a result of an automobile accident on February 11, 2004 which occurred in Providence, Rhode Island. At that time, the vehicle was owned by your company and being operated by Olabode Odunaike of 153 Eastwood Avenue, Providence, Rhode Island. The police report indicates that your company owned this vehicle. Would you please contact the undersigned with the name, address and telephone number of your insurance company.

Very truly yours,

James P. Howe

JPH/ni

GOVERNMENT EXHIBIT F