TORT CLAIMS INVESTIGATIONS
Southeast New England Per luster
UNITED STATES POSTAL SERVICE

COPY

May 18, 2006

MR. JAMES HOWE
ATTORNEY AT LAW/LAW OFFICES OF JAMES P. HOWE LAW OFFICES
215 BROADWAY
PROVIDENCE RI 02903

Ref: Acknowledgment of legal representation
USPS Case # : 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B
Date of Incident : Wednesday, February 11, 2004
Your Client's Name: Mr. Robert Bryant

Dear Mr. Howe:

In order for any future claim to receive proper consideration, it is requested that you supply all material facts on these forms, as they will be the basis for further action on your claim. The instructions outlined below, as well as the instructions on the reverse side of the form SF 95, should be read before completing the forms:

(1) All sections of both forms must be completed. In those areas requiring information that is not pertinent to your claim, please indicate same by remarks such as "Not Applicable (N/A)", "No", or "None". DO NOT LEAVE ANY SPACES BLANK;

(2) Please return the original completed form to this office, and retain the other duplicate original for your files. If any insurance company has paid for part of the repair or damage, such as the deductible, then two (2) separate claims must be submitted, one (1) of which is for the insurance company, and one (1) for yourself. The claim submitted for the insurance company must be accompanied by a subrogation receipt for the amount they have paid;

(3) Obtain and submit two (2) estimates on the work to be done, or, submit a copy of the itemized "PAID" bill. When estimates are used, both copies must be signed by the person making the estimate. Unsigned estimates are not valid, and therefore are not acceptable;

(4) If damaged property is in joint ownership, claim must be made in both names and both parties must sign where signatures are required. Claims submitted by any company must be signed and include the title of the signing official;

(5) In support of a claim for personal injury, the Postal Service requires a medical report from the attending physician, as well as doctor bills showing the date of each treatment, the treatment given, and the cost of each treatment. The doctor's report should include the following information:

24 CORLISS STREET
PROVIDENCE, RI 02904-9331
(401) 276-6809
FAX: (4010 276-6884

GOVERNMENT EXHIBIT G

(a) Name, age and address of patient;
(b) History of condition and date and history of accident as described by the patient;
(c) Result of x-rays and date taken;
(d) Diagnosis, describing character and extent of injury;
(e) Contributing factors, including any pre-existing condition having a bearing on the alleged injury; and
(f) Prognosis, including the length of time of any partial disability and extent of such disability.

(6) A claim must be for a specific amount. That amount must be shown in the appropriate spaces(s);

(7) Claim adjusters or attorneys may not submit the claim or sign the claim form unless a copy of their Power of Attorney is attached thereto; and

(8) Acceptance of a claim is not an admission of liability on the part of the Government.

Should you have any questions or concerns please contact me at your convenience.

**Further, for your information, it appears that the statute of limitation for this incident has expired. Please refer to Federal Tort Claims Act 28 U.S. Code 2401 (b)**

Sincerely,

Eileen E. Lewis
Tort Claims Office
CERTIFIED MAIL/RRR 7003 2260 0002 1207 8880

Enclosures: SF-95 (2)

cc: Accident File