UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT BRYANT, individually and<br>as parent and next friend of<br>KAYLA MARIE BRYANT<br>Plaintiff | ) | |
| vs. | ) | C.A. NO. 07-104ML |
| OLABODE ODUNAIKE and<br>TRUCKLEASE CORPORATION, Alias<br>Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

I hereby withdraw my appearance as counsel for Defendant Olabode Odunaike in the above matter.

ROBERT CLARK CORRENTE
United States Attorney

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: dulce.donovan@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 23rd day of May, 2007, I electronically filed the within Notice of Withdrawal of Appearance with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant have received notice electronically:

James P. Howe
215 Broadway
Providence, RI 02903

Michael D. Urban
Law Offices of Jacqueline L. Allen
One Liberty Square, 12th Floor
Boston, MA 02109

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: dulce.donovan@usdoj.gov