**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Robert Bryant, Individually and as parent and next friend of Kayla Marie Bryant, Plaintiff, | ) | Civil Action No. 07-104ML |
| v. | ) | |
| Olabode Odunaike and Trucklease Corporation, Alias and Does 1 thru 5, Defendants. | ) | |

**TRUCKLEASE CORPORATION'S RULE 16 STATEMENT**

Now comes the Defendant, Trucklease Corporation, through counsel and states as follows:

On information and belief, the vehicle driven by Defendant Odunaike was leased by Defendant Trucklease Corporation to the United States at the time of Plaintiffs' alleged inuries. For purposes of this litigation, the United States stands in the shoes of Defendant Odunaike. On information and belief, according to the terms of the applicable lease typically used by Trucklease at the time of the incident, the United States is required to indemnify and otherwise hold harmless Defendant Trucklease Corporation from any and all claims for injury to persons or damage to property and from any and all expenses incurred in the defense of claims for bodily injury, such as that by the Plaintiff. As a result, Defendant seeks to have the United States provide defense and indemnity for any claims against it by Plaintiff.

Respectfully submitted,

The Defendant,
Trucklease Corporation,
By its attorney,
/s/ Michael D. Urban

Michael D. Urban
RI Bar No. 5611
Law Offices of Jacqueline L. Allen
One Liberty Square, 12th Floor
Boston, MA 02109
617-878-4618

## CERTIFICATE OF SERVICE

I, Michael D. Urban, attorney for the Defendant, Trucklease Corporation, in the above-entitled action, hereby certify that on the 24 day of May, 2007, I electronically filed a copy of the within document through the ECF system of the United States District Court for the District of Rhode Island.

/s/ Michael D. Urban
RI Bar No. 5611
Law Offices of Jacqueline L. Allen
One Liberty Square, 12th Floor
Boston, MA 02109
617-878-4618