UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT BRYANT, Individually
And as parent and next friend of
KAYLA MARIE BRYANT

VS. C.A. No.: 2007-104ML

OLABODE ODUNAIKE
and TRUCKLEASE CORPORATION, Alias
and Does 1 through 5

AMENDED RULE 16 STATEMENT OF PLAINITFFS ROBERT BRYANT AND KAYLA MARIE BRYANT

Now comes the Plaintiffs Robert Bryant and Kayla Marie Bryant by and through counsel and state the following:

1. The Plaintiff Robert Bryant states that the matter at bar concerns personal injuries, loss earnings and earnings capacity, scarring and disfigurement suffered by the Plaintiff Robert Bryant as a result of an automobile collision on February 11, 2004. The Plaintiff Kayla Bryant suffered loss of consortium, society and companionship of the Plaintiff Robert Bryant resulting from this incident.

2. Plaintiff asserts that the Defendants Olabode Odunaike and Trucklease Corporation, jointly and severally, negligently caused the injuries to the Plaintiffs. The Defendant Olabode Odunaike in the operation of the vehicle owned by Defendant Trucklease Corporation, and Defendant Trucklease Corporation in the training, instruction, maintenance of the vehicle, and the co-defendant, and the liability imposed by the Doctrine of Master and Servant.

3. Plaintiff will present the medical testimony of the treating physician, A. Louis Mariorenzi MD, and the records of Rhode Island Hospital, Dynamic Energy Therapy, Killingly Eye Care, Norwich Radiology, Eastern Connecticut Neurosurgery.

4. Plaintiff anticipates discovery in the nature of interrogatories, depositions witness and record, and testimonial. Plaintiff anticipates a medical provider deposition through videography, and stenography.

5. Plaintiff is amenable to the Court’s direction as to settlement conferences, and ADR referral.

Plaintiffs
By their attorney,

/s/ James P. Howe_____
James P. Howe #2716
215 Broadway
Providence, RI 02903
401-272-3900
jph@jamesphowe.com

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2007 I electronically filed a copy of the within document through the ECF system of the United States District Court for the District of Rhode Island to Ly T. Nguyen, Esquire, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 and Michael D. Urban, Esquire, One Liberty Square, 12th Floor, Boston, MA 02109.

/s/ James P. Howe______
James P. Howe #2716
215 Broadway
Providence, RI 02903
401-272-3900
jph@jamesphowe.com