**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Robert Bryant, Individually and as parent and next friend of Kayla Marie Bryant, Plaintiff, | ) | Civil Action No. 07-104ML |
| v. | ) | |
| Olabode Odunaike and Trucklease Corporation, Alias and Does 1 thru 5, Defendants. | ) | |

**DEFENDANT, TRUCKLEASE CORPORATION'S**
**ASSENTED TO MOTION TO EXTEND DUE DATE FOR**
**RESPONSE TO THE UNITED STATES' MOTION TO DISMISS**

Now comes the Defendant, Trucklease Corporation, through counsel and states as follows:

1. The United States recently filed a Motion to Dismiss against Trucklease Corporation.

2. The due date is on or before June 14, 2007.

3. The Defendant requires additional time to respond to the Motion.

4. The Defendant has therefore requested an extension of up to and including June 28, 2007 in which to respond to the Motion.

**CERTIFICATION**

I hereby certify that I have contacted counsel for the Plaintiff and counsel for the United States concerning this Motion and that all parties assent to the Motion.

Wherefore, the Defendant, Trucklease Corporation, requests that the Court grant it an extension of up to and including June 28, 2007 to respond to the United States' Motion to Dismiss.

Respectfully submitted,

The Defendant,
Trucklease Corporation,
By its attorney,
/s/ Michael D. Urban

Michael D. Urban
RI Bar No. 5611
Law Offices of Jacqueline L. Allen
One Liberty Square, 12th Floor
Boston, MA 02109
617-878-4618

**CERTIFICATE OF SERVICE**

I, Michael D. Urban, attorney for the Defendant, Trucklease Corporation, in the above-entitled action, hereby certify that on the 14th day of June, 2007, I electronically filed a copy of the within document through the ECF system of the United States District Court for the District of Rhode Island.

/s/ Michael D. Urban
RI Bar No. 5611
Law Offices of Jacqueline L. Allen
One Liberty Square, 12th Floor
Boston, MA 02109
617-878-4618