**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Robert Bryant, Individually and as parent and next friend of Kayla Marie Bryant, Plaintiff, | ) | Civil Action No. 07-104ML |
| v. | ) | |
| Olabode Odunaike and Trucklease Corporation, Alias and Does 1 thru 5, Defendants. | ) | |

**DEFENDANT TRUCKLEASE CORPORATION'S OPPOSITION TO THE DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS TRUCKLEASE'S CROSSCLAIM**

Now comes the Defendant, Trucklease Corporation ("Trucklease"), through counsel and moves to oppose the Defendant, United States of America's, motion to dismiss its crossclaim against the United States pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, which motion was filed with this Court on or around June 4, 1007. The Defendant, United States of America, argues that exclusive jurisdiction lies in the Federal Claims Court because Trucklease's crossclaim is premised on a government contract and therefore subject to the Contract Disputes Act 41 U.S.C. §§ 601-613, or is otherwise subject to dismiss since the plaintiff's claim may fail due to lack of jurisdiction.

As grounds for its opposition, the Defendant, Trucklease Corporation, states that Trucklease Corporation's crossclaim for indemnification is related to and arises out of the same occurrence and set of facts as the original action brought by the plaintiff in the above captioned matter. As such, Trucklease's cross claim is properly within the district court's subject matter jurisdiction despite the exclusivity language set forth in the

Contracts Disputes Act, 41 U.S.C. §§ 601-613. See F.R.Civ.P. Rule 13(g). Furthermore, Trucklease's crossclaim should not be dismissed pursuant to F.R.Civ.P. 12(b)(6) because its crossclaim was asserted against the United States prior to any decision by this court to dismiss or not dismiss the original complaint. In support of its opposition, the Defendant Trucklease Corporation has submitted the attached memorandum.

Respectfully submitted,
The Defendant,
Trucklease Corporation,
By its attorney,

/s/ Michael D. Urban
Michael D. Urban
RI Bar No. 5611
Law Offices of Jacqueline L. Allen
One Liberty Square, 12th Floor
Boston, MA 02109
617-878-4618

## CERTIFICATE OF SERVICE

I, Michael D. Urban, attorney for the Defendant, Trucklease Corporation, in the above-entitled action, hereby certify that on the 28th day of June, 2007, I electronically filed a copy of the within document through the ECF system of the United States District Court for the District of Rhode Island.

/s/ Michael D. Urban
RI Bar No. 5611
Law Offices of Jacqueline L. Allen
One Liberty Square, 12th Floor
Boston, MA 02109
617-878-4618