**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ROBERT BRYANT, individually and**
**As parent and next friend of**
**KAYLA MARIE BRYANT,**

**VS.** **C.A. N. 07-104ML**

**OLABODE ODUNAIKE and**
**TRUCKLEASE CORPORATION, Alias**

**OBJECTION**

Now comes the Plaintiffs Robert Bryant and Kayla Marie Bryant and hereby object to the Motion to Dismiss filed by the Defendant United States of America.

Plaintiff states that the effect of dismissal will be to foreclose rights the Plaintiffs has against the Defendant United States which visits upon the Plaintiffs harm outweighed by a minimal effect the lack of a specific claim for damages would have upon the Defendant United States.

Respectfully submitted,

/s/ James P. Howe_____
James P. Howe #2716
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305
jph@jamesphowe.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May, 2007, I caused to be electronically filed the within Objection, with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system to all ECF participants in this matter.

/s/ James P. Howe_____
James P. Howe #2716
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305
jph@jamesphowe.com