**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROBERT BRYANT, individually and as parent and next friend of KAYLA MARIE BRYANT,** | ) | |
| **Plaintiffs** | ) | |
| **v.** | ) | **C.A. NO. 07-104ML** |
| **UNITED STATES OF AMERICA and TRUCKLEASE CORPORATION, Alias,** | ) | |
| **Defendants** | ) | |

**ORDER GRANTING UNITED STATES' MOTIONS TO DISMISS**

On August 22, 2007, this Court held a hearing on the United States' Motion to Dismiss for Lack of Jurisdiction as to Plaintiffs' claims against the United States and Motion to Dismiss Trucklease's Crossclaim. For the reasons placed on the record at the hearing, the United States' Motions to Dismiss the claims and crossclaim against the United States are GRANTED. Accordingly, it is hereby ORDERED that Plaintiffs' claims against the United States and Trucklease's crossclaim against the United States are dismissed for lack of subject matter jurisdiction.

SO ORDERED this 22nd day of August, 2007.

Mary M. Lisi
MARY M. LISI
UNITED STATES DISTRICT JUDGE