STATE OF RHODE ISLAND SUPERIOR COURT
PROVIDENCE, SC

ROBERT BRYANT, Individually
And as parent and next friend of
KAYLA MARIE BRYANT

VS. C.A. No.: 07-104ML

OLABODE ODUNAIKE
and TRUCKLEASE CORPORATION, Alias
and Does 1 thru 5

NOTICE

In accord with the Order of the Court dated August 22, 2007, Plaintiffs do not seek a voluntary remand of this matter to State Court.

Plaintiff by
Their Attorney

*/s/ James P. Howe*_____
James P. Howe, #2716
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August, 2007, I caused to be electronically filed the within Objection, with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system to all EFF participants in this matter.

*/s/ James P. Howe*_____
James P. Howe, #2716
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305