STATE OF RHODE ISLAND FEDERAL COURT
PROVIDENCE, SC

ROBERT BRYANT, Individually
And as parent and next friend of
KAYLA MARIE BRYANT

VS. C.A. No.: 07-0760

OLABODE ODUNAIKE
and TRUCKLEASE CORPORATION, Alias
and Does 1 thru 5

**NOTICE OF DEPOSITION**

The Plaintiff in the above-captioned matter will take the deposition of **OLABODE ODUNAIKE** for the purpose of discovery or for use as evidence or for both purposes, which examination will continue from day to day until completed; the same to commence on **TUESDAY, JANUARY 8, 2008 @ 1:00 P.M.** at the Law Offices of James P. Howe, 215 Broadway, Providence, Rhode Island 02903, before a Notary Public.

Defendant
By his attorney,

/s/ James P. Howe________
James P. Howe, Esq. # 2716
215 Broadway
Providence, RI 02903
(401) 272-3900

**CERTIFICATION**

I, the undersigned hereby certify that on this 12th day of December, 2007, I did send a true copy of the within Notice of Deposition by electronically means (ECF) to Michael D. Urban, Esquire, and to A1 Court Reporters, Fax # 401-405-0411.

/s/ James P. Howe________
James P. Howe, Esq. # 2716
215 Broadway
Providence, RI 02903
(401) 272-3900