STATE OF RHODE ISLAND FEDERAL COURT
PROVIDENCE, SC

ROBERT BRYANT, Individually
And as parent and next friend of
KAYLA MARIE BRYANT

VS. C.A. No.: 07-0760

OLABODE ODUNAIKE
and TRUCKLEASE CORPORATION, Alias
and Does 1 thru 5

**PLAINTIFF AND DEFENDANTS JOINT MOTION FOR EXTENSION OF DISCOVERY ORDER**

Now comes the Plaintiff and Defendant by and through counsel and hereby pray this Honorable Court extending the time for discovery in this matter. Currently the Pretrial Order that Discovery shall be closed as of January 31, 2008. The parties request that this Discovery Order be extended for a period of an additional 90 days in order to complete discovery. The parties state that discovery has been ongoing however; in light of the particular nature of this litigation extension of time for discovery closure is warranted. The parties would also request that dispositive motion deadline on March 3, 2008 be extended for 90 days also.

/s/ James P. Howe
James P. Howe #2716
Attorney for Plaintiffs
215 Broadway
Providence, RI 02903
401-272-3900 tele.

/s/ Michael D. Urban
Michael D. Urban #5611
Attorney for Defendants
One Liberty Square
Boston, MA 02109
617-878-4600 tele.

**CERTIFICATION**

I hereby certify that on this 18th day of December, 2007 a true and accurate copy of the Joint Motion for Extension of Time was filed electronically through the ECF system and a hard copy was mailed, postage prepaid, to: Michael D. Urban, Esquire, Law Offices of Jacqueline L. Allen, 262 Washington Street, Suite 601, Boston, MA 02108.

/s/ James P. Howe
James P. Howe #2716
Attorney for Plaintiffs
215 Broadway
Providence, RI 02903
401-272-3900 tele.