**James P. Howe**
Law Offices

**215 Broadway**
**Providence, Rhode Island 02903**
**401-272-3900 FAX 401-831-9305**
**e-mail: jph@jamesphowe.com**

DATE: 12/27/07
FROM: SOUTHEAST NEW ENGLAND DISTRICT MANAGER

December 26, 2007

Olabode S. Odunaike
153 Eastwood Avenue
Providence, RI 02901

RE: Robert Bryant v. Trucklease Corp., et als
United States District Court, District of Rhode Island, Civil Action No. 07-0760
Legal File No. 107020028

Dear Mr. Odunaike:

I am writing this letter as an attorney for the Plaintiff, Robert Bryant in the above matter.

Together with this letter, you have been served with a Notice of Deposition and Subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure which requires you to appear and give testimony in the above matter. Please refer to the Notice of Deposition and Subpoena for the date, time and place of your Deposition.

Per 39 CFR, §265.12 et seq., and in particular 39 CFR, §265.12(c)(3)(i), I am hereby advising you as follows:

> Your testimony is required with regard to the above captioned matter. This relates to an automobile accident which occurred on or about February 11, 2004. At that time, you were driving a truck for the United States Postal Service southbound on Route 95 in the City of Providence, RI. At or around that time, you were allegedly involved in an automobile accident with the Plaintiff, Robert Bryant. The purpose of your deposition will be to ascertain the facts and circumstances of that accident which are relevant to determining questions of liability in the above matter. The information sought is not available through any other means as you are one of the key individuals involved in the accident and there are disputed facts as to how the accident took place.
>
> No document can be provided in lieu of such testimony insofar as you were directly involved in the accident and your acts are alleged to have been the cause of the accident, and as such are a necessary fact witness concerning liability issues in the case.

GOVERNMENT EXHIBIT
1

In addition, per the above regulations, a copy of the Notice of Deposition and of the Subpoena has been delivered to your District Manager, Robert Koestner, District Manager, Southeast New England District, 181 Corliss Street, Providence, RI 02904-9651.

Finally, an additional copy of this Notice of Deposition and of the Subpoena has been served upon the General Counsel, United States Postal Service, 475 Lenfant Plaza, South West, Washington, D.C. 20260-1100.

Thank you.

Very truly yours,

James P. Howe /DMB

James P. Howe

JPH: ktb
Enclosures
CC:

Robert Koestner
District Manager
Southeast New England District
181 Corliss Street
Providence, RI 02904-9651
(By certified mail, return receipt requested)

General Counsel
United States Postal Service
475 L'Enfant Plaza South West
Washington, D.C. 20260-1100
(By certified mail, return receipt requested)

Manager, Human Resources
Southeast New England

| Date | Action | Route | Info |
|---|---|---|---|
| Mgr. HR | | | |
| Mgr. LR | ✓ | | |
| HR Gen Prn | | | |
| DCC | | | |
| Mgr. Safety | | | |
| Mgr. HARM | | | |
| OHNA | | | |
| Mgr. Training | | | |
| DDS | | | |
| WEA | | | |
| EEO | | | |
| Other | | | |
| | | | |
| Date Due | | | |

2