LAW DEPARTMENT
NATIONAL TORT CENTER

UNITED STATES
POSTAL SERVICE

January 9, 2008

**VIA EXPRESS MAIL**

Olabode S. Odunaike
153 Eastwood Avenue
Providence, RI 02901

RE: ***Robert Bryant v. Trucklease Corp., et al***
United States District Court, District of Rhode Island, Civil Action No. 07-0760

Dear Mr. Odunaike:

You recently received a letter and subpoena from attorney James Howe requesting your testimony and records in litigation that originally arose out of your employment with the United States Postal Service.

I am enclosing a letter that the Postal Service's Law Department is sending to Mr. Howe explaining that a Postal employee may not give testimony or produce records in a matter such as this without the permission of the Postal Service's General Counsel.

The Law Department has reviewed the case and the laws applying to it and has made the decision that you are not required to give testimony or produce records in this matter. The reasons for doing so are more fully outlined in the attached letter.

Therefore, the General Counsel has not authorized you to appear, give testimony or produce any records or statements to any attorneys or representatives of Mr. Howe, or his client Robert Bryant.

**For that reason, we are instructing you not to follow the instructions given to you in the subpoena because you do not have authority from the Postal Service to do so.**

If you should have any questions, please call us and we will discuss this further with you.

Yours truly,

Ellen Kelly
Attorney – National Tort Center
314-872-5142 Telephone
651-306-6642 FAX

Enclosures

P. O. BOX 66640
ST. LOUIS, MO 63166-6640
TEL: 314/872-5120
FAX: 314/872-5193

GOVERNMENT EXHIBIT 4