STATE OF RHODE ISLAND FEDERAL COURT
PROVIDENCE, SC

ROBERT BRYANT, Individually
And as parent and next friend of
KAYLA MARIE BRYANT

VS. C.A. No.: 07-0760

OLABODE ODUNAIKE
and TRUCKLEASE CORPORATION, Alias
and Does 1 thru 5

**PLAINTIFFS MOTION TO EXTEND TIME TO FILE RESPONSE TO MOTION TO QUASH**

Now comes the undersigned, counsel for Plaintiffs, Robert Bryant and Kayla Marie Bryant, and moves this Honorable Court for an Order granting an extension of time to file a response to the motion to quash filed by the United States of America.

Your movant states that Plaintiffs counsel has been ill and is unable to file the response by the due date of January 28, 2008. Plaintiffs seek a seven day continuance to file their response.

Counsel for the government has no objection to this request.

Plaintiffs
By their attorney,

/s/ James P. Howe________
James P. Howe, Esq. # 2716
215 Broadway
Providence, RI 02903
(401) 272-3900

**CERTIFICATION**

I, the undersigned hereby certify that on this 25th day of January, 2008, I did send a true copy of the within Notice of Deposition by electronically means (ECF) to Michael D. Urban, Esquire.

/s/ James P. Howe________
James P. Howe, Esq. # 2716
215 Broadway
Providence, RI 02903
(401) 272-3900