**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Robert Bryant, Individually and<br>as parent and next friend of<br>Kayla Marie Bryant,<br>Plaintiff, | ) | Civil Action No. 07-104ML |
| v. | ) | |
| Trucklease Corporation,<br>Defendant. | ) | |

**DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Now comes the Defendant, Trucklease Corporation, through counsel, and moves per the Federal Rules of Civil Procedure 12 (c) for judgment on the pleadings, and in support of its Motion states as follows:

1. Defendant Trucklease Corporation should be dismissed because the underlying tortefeasor, the United States of America, has been dismissed from this litigation, and as a result, no finding of liability can be made against the United States of America which could trigger vicarious liability against Trucklease Corporation under Rhode Island law.

2. A Memorandum of Law is attached in support of this Motion.

WHEREFORE, the Defendant, Trucklease Corporation, requests that the Court:

A. Dismiss all claims against it; and

B. Grant such further relief as the Court deems just and proper.

Respectfully submitted,

Defendant,
Trucklease Corporation,

By its Attorney,

/s/ Michael D. Urban
Michael D. Urban
RI Bar No. 5611
Law Offices of Jacqueline L. Allen
One Liberty Square, 12th Floor
Boston, MA 02109
617-878-4618

**CERTIFICATE OF SERVICE**

I, Michael D. Urban, attorney for the Defendant, Trucklease Corporation, in the above-entitled action, hereby certify that on the 31 day of January, 2008, I electronically filed a copy of the within document through the ECF system of the United States District Court for the District of Rhode Island.

/s/ Michael D. Urban

Michael D. Urban
RI Bar No. 5611
Law Offices of Jacqueline L. Allen
One Liberty Square, 12th Floor
Boston, MA 02109
617-878-4618