STATE OF RHODE ISLAND FEDERAL COURT
PROVIDENCE, SC

ROBERT BRYANT, Individually
And as parent and next friend of
KAYLA MARIE BRYANT

VS. C.A. No.: 07-0760

OLABODE ODUNAIKE
and TRUCKLEASE CORPORATION, Alias
and Does 1 thru 5

PLAINTIFF'S OBJECTION TO MOTION TO QUASH SUBPOENA
TO COMPEL ATTENDANCE OF A POSTAL SERVICE EMPLOYEE AT DEPOSITION,
AND TO COMPEL PRODUCTION OF PRIOR STATEMENTS

Now comes the Plaintiffs by and through counsel and object to the Motion to Quash Subpoena served upon Postal Service employee Olabode Odunaike.

Plaintiff relies upon the Memorandum filed herewith.

Plaintiffs
By their Attorney,

/s/ James P. Howe
James P. Howe #2716
215 Broadway
Providence, RI 02903
401-272-3900

**CERTIFICATION**

I hereby certify that on this 4th day of February, 2008 a true and accurate copy of the within were mailed, postage prepaid, to: **Michael D. Urban, Esquire**, Law Offices of Jacqueline L. Allen, 262 Washington Street, Suite 601, Boston, MA 02108, and **Li T. Nguyen, Esquire**, Assistant U.S. Attorney, Chief, Civil Division, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ James P. Howe