STATE OF RHODE ISLAND
PROVIDENCE, SC

FEDERAL COURT

ROBERT BRYANT, Individually
And as parent and next friend of
KAYLA MARIE BRYANT

VS.

C.A. No.: 07-0760

OLABODE ODUNAIKE
and TRUCKLEASE CORPORATION, Alias
and Does 1 thru 5

**OBJECTION OF PLAINTIFF ROBERT BRYANT, INDIVIDUALLY AND AS PARENT AND NEXT FRIEND OF KAYLA MARIE BRYANT, TO DEFENDANT TRUCKLEASE'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Now comes the Plaintiffs Robert Bryant, Individually and as parent and next friend of Kayla Marie Bryant by and through counsel, and Objects to the Motion of Defendant Trucklease Corporation for Judgment on the Pleadings.

Plaintiffs rely upon the Memorandum of Law filed herewith in support of their Objection.

Plaintiffs
By their Attorney,

/s/ James P. Howe
James P. Howe #2716
215 Broadway
Providence, RI 02903
401-272-3900

**CERTIFICATION**

I hereby certify that on this 4th day of February, 2008 a true and accurate copy of the within were mailed, postage prepaid, to: **Michael D. Urban, Esquire**, Law Offices of Jacqueline L. Allen, 262 Washington Street, Suite 601, Boston, MA 02108, and **Li T. Nguyen, Esquire**, Assistant U.S. Attorney, Chief, Civil Division, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ James P. Howe