STATE OF RHODE ISLAND
PROVIDENCE, SC

FEDERAL COURT

ROBERT BRYANT, Individually
And as parent and next friend of
KAYLA MARIE BRYANT

VS.

C.A. No.: 07-0760

OLABODE ODUNAIKE
and TRUCKLEASE CORPORATION, Alias
and Does 1 thru 5

**PLAINTIFFS MOTION TO COMPEL PRODUCTION OF DOCUMENTS**
**(Pursuant to F.R.C.P. 37)**

Now comes the Plaintiffs by and through counsel and hereby move this Honorable Court for an Order compelling the Defendant Trucklease Corporation to respond to the request for production. Plaintiffs state that pursuant to Rule 37 of the Federal rules of Civil Procedure, Plaintiffs have attempted in good faith to confer with defense counsel in an effort to secure disclosure prior to the filing of this motion. That Defendant has not responded to request for production of documents forwarded to the defendants on December 10, 2007. Plaintiffs request of this Court a 20 day Order.

Plaintiffs
By their Attorney,

/s/ James P. Howe

James P. Howe #2716
215 Broadway
Providence, RI 02903
401-272-3900

**CERTIFICATION**

I hereby certify that on this 28th day of February, 2008 a true and accurate copy of the within were mailed, postage prepaid, to: Michael D. Urban, Esquire, Law Offices of Jacqueline L. Allen, 262 Washington Street, Suite 601, Boston, MA 02108, and Li T. Nguyen, Esquire, Assistant U.S. Attorney, Chief, Civil Division, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ James P. Howe