**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Robert Bryant, Individually and as parent and next friend of Kayla Marie Bryant, Plaintiff, | ) | Civil Action No. 07-104ML |
| v. | ) | |
| Trucklease Corporation, Defendant. | ) | |

**DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PLAINTIFF'S MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS**

Now comes the Defendant, Trucklease Corporation, through counsel, and responds to Plaintiff's Motion to Compel Answers to Interrogatories and Plaintiff's Motion to Compel Responses to Requests for Production of Documents as follows:

1. On February 28, 2008 Plaintiff file two motions with the Court. One was a motion to compel answers to interrogatories and the second was a motion to compel responses to requests for production of documents.
2. Defendant's objection is due March 17, 2008.
3. Defendant Trucklease Corporation provided answers to interrogatories and responses to requests for production of documents to Plaintiff on March 6, 2008.
4. Plaintiff's motion is therefore moot.

WHEREFORE, the Defendant, Trucklease Corporation, requests that the Court:

A. Deny Plaintiff's motions; and

B. Grant such further relief as the Court deems just and proper.

Respectfully submitted,

Defendant,
Trucklease Corporation,

By its Attorney,

/s/ Michael D. Urban

Michael D. Urban
RI Bar No. 5611
Law Offices of Jacqueline L. Allen
One Liberty Square, 12th Floor
Boston, MA 02109
617-878-4618

**CERTIFICATE OF SERVICE**

I, Michael D. Urban, attorney for the Defendant, Trucklease Corporation, in the above-entitled action, hereby certify that on the 11 day of March, 2008, I electronically filed a copy of the within document through the ECF system of the United States District Court for the District of Rhode Island.

/s/ Michael D. Urban

Michael D. Urban
RI Bar No. 5611
Law Offices of Jacqueline L. Allen
One Liberty Square, 12th Floor
Boston, MA 02109
617-878-4618