STATE OF RHODE ISLAND
PROVIDENCE, SC

FEDERAL COURT

ROBERT BRYANT, Individually
And as parent and next friend of
KAYLA MARIE BRYANT

VS.

C.A. No.: 07-0760

OLABODE ODUNAIKE
and TRUCKLEASE CORPORATION, Alias
and Does 1 thru 5

**NOTICE OF DEPOSITION**

The Plaintiff in the above-captioned matter will take the deposition upon oral examination of **WILLIAM NAPOLEONE,** Insurance Manager of Ford Motor Credit pursuant to FRCP Rule 30 for the purpose of discovery or for use as evidence at Trial or for both purposes, which examination will continue from day to day until completed; the same to commence on **APRIL 30, 2008 @ 10:00 A.M.** at the Law Offices of James P. Howe, 215 Broadway, Providence, Rhode Island 02903, before a Notary Public. The deposition shall be taken by telephonic means and recorded by stenographic means.

Plaintiffs
By their attorney,

/s/ James P. Howe________
James P. Howe, Esq. # 2716
215 Broadway
Providence, RI 02903
(401) 272-3900

**CERTIFICATION**

I, the undersigned hereby certify that on this 18th day of April 2008, I did send a true copy of the within Notice of Deposition by facsimile to Michael D. Urban, Esquire, and to Atkinson Baker Court Reporters, telephone number 1-800-288-3376.

/s/ James P. Howe________
James P. Howe, Esq. # 2716
215 Broadway
Providence, RI 02903
(401) 272-3900