**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Robert Bryant, Individually and as parent and next friend of Kayla Marie Bryant, Plaintiff, | ) | Civil Action No. 07-104ML |
| v. | ) | |
| Trucklease Corporation, Defendant. | ) | |

**DEFENDANT TRUCKLEASE CORPORATION'S OBJECTION TO PLAINTIFF'S EXPERT DISCLOSURE AND REQUEST FOR RELIEF**

Now comes the Defendant, Trucklease Corporation, and objects to the Plaintiff's Expert Disclosure, and in support of its Motion states as follows:

1. The Plaintiff's Expert Disclosure was due per the Court's Scheduling Order and any extensions thereto as of October 1, 2007.

2. The Defendant's Expert Disclosure was due pursuant to the Court's Scheduling Order and any amendments thereto as of November 15, 2007.

3. On April 18, 2008, the Plaintiff disclosed for the first time his expert witness. The Plaintiff has disclosed Dr. A. Lewis Mariorenzi. See Attachment 1.

4. The Plaintiff's Disclosure of Expert Witnesses comes more than six months after the Plaintiff's Expert Disclosure deadline.

5. As a result of the Plaintiff's Expert Disclosure, the Defendant is not in the position to make a responsive disclosure, as was contemplated by the original scheduling order, within the remaining time for discovery, which closes May 1, 2008.

6. In addition, the Plaintiff's Expert Disclosure is deficient insofar as it contains little or none of the information required by Fed. R. Civ. P. 26.

7. As a result of the Plaintiff's late and deficient Expert Disclosure, the Defendant has been prejudiced insofar as it lacks the ability to meaningfully respond to Plaintiff's Expert Disclosure and defend at trial. In this regard, the available medical records show that Dr. Mariorenzi last treated Plaintiff April 29, 2004. Dr. Mariorenzi's treatment up to and including that date involved injuries to Plaintiff's right wrist and right knee. Plaintiff later returned to his home in Connecticut and subsequently claimed problems with his left arm which resulted in a cervical MRI by Norwich Radiology on June 25, 2004 and fresh treatment and a diagnosis by Dr. Criscuolo of Eastern Connecticut Neurosurgery of a C7 radiculopathy on or about August 16, 2004. Dr. Mariorenzi has not treated diagnosed or treated Plaintiff for this alleged cervical injury or opined as to causation of permanent impairment. It is crucial that Defendant know what Dr. Mariorenzi will say with regard to these issues in order to evaluate Plaintiff's damages and to prepare for trial.

8. Given Plaintiff's late and deficient Expert Disclosure, the Defendant, therefore, per Fed. R. Civ. P. 37 (c) requests that the Plaintiff's Expert Disclosure be stricken and that Plaintiff be barred from using Dr. A. Lewis Mariorenzi at trial.

9. In the alternative, if the Court chooses to allow the Plaintiff to use Dr. Mariorenzi as an expert witness, the Defendant requests that the Plaintiff be ordered to produce a complete Expert Disclosure per Rule 26; that Defendant be given the opportunity to depose Dr. Mariorenzi; and that the Defendant be given

the opportunity to retain its own expert and have the Plaintiff examined by the Defendant's own expert per Fed. R. Civ. P. 35. The Defendant would propose to do all these tasks in an expeditious manner so as not to impact on any trial, which, has not been scheduled by the Court. With regard to the examination of Plaintiff, Defendant has contacted Dr. Mark Palumbo, and an examination has been tentatively scheduled for 2:00 PM, May 13, 2008 at Dr. Palumbo's office at 1405 South County Trail, East Greenwich, RI.

10. No memorandums of law are needed in support of this Motion insofar as all arguments and record citations are contained in the body of the Motion and granting the motion rests with the discretion of the Court.

11. **RULE 37 CERTIFICATION**: I hereby certify that I have made a good faith effort to confer or attempt to confer with Plaintiff's counsel concerning this matter. I wrote to Plaintiff's counsel on April 28, 2008 about these issues and called him again on April 29, 2008 prior to filing the motion. No response was forthcoming. See attachment 2.

Wherefore, the Defendant, Trucklease Corporation, prays that the Court:

A. Strike the Plaintiff's Expert Disclosure and bar Dr. Mariorenzi from testifying at trial; or

B. In the event that Dr. Mariorenzi is allowed to serve as Plaintiff's expert witness, that the Court require the Plaintiff to provide an Expert Disclosure in accord with Rule 26; that the Defendant be given the opportunity to depose Dr. Mariorenzi; and that the Plaintiff

be examined by Dr. Mark A. Palumbo prior to trial and Dr. Palumbo be allowed to serve as Defendant's expert; and

C. Grant such further relief as the Court deems just and proper.

Respectfully submitted,

Defendant,
Trucklease Corporation,

By its Attorney,

/s/ Michael D. Urban

Michael D. Urban
RI Bar No. 5611
Law Offices of Jacqueline L. Allen
One Liberty Square, 12th Floor
Boston, MA 02109
617-878-4618

**CERTIFICATE OF SERVICE**

I, Michael D. Urban, attorney for the Defendant, Trucklease Corporation, in the above-entitled action, hereby certify that on the 29th day of April, 2008, I electronically filed a copy of the within document through the ECF system of the United States District Court for the District of Rhode Island.

/s/ Michael D. Urban

Michael D. Urban
RI Bar No. 5611
Law Offices of Jacqueline L. Allen
One Liberty Square, 12th Floor
Boston, MA 02109
617-878-4618

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

ROBERT BRYANT, Individually
And as parent and next friend of
KAYLA MARIE BRYANT

VS.

C.A. No.: 07-0760

OLABODE ODUNAIKE
and TRUCKLEASE CORPORATION, Alias
and Does 1 thru 5

**PLAINTIFF'S IDENTIFICATION OF EXPERTS**

Now comes the Plaintiff and identifies as experts for trial in this matter the following physicians, who treated the Plaintiff for injuries sustained in the incident of February 11, 2004.

1. Dr. A. Lewis Mariorenzi – Orthopedic Associates

Dr. Mariorenzi is a Board Certified Orthopedic Surgeon who treated the Plaintiff for injuries associated with the injuries sustained on February 11, 2004. Dr. Mariorenzi will testify that the automobile collision involving this Plaintiff was the cause of the injuries sustained, the disability suffered and the pain and suffering suffered by the Plaintiff.

Plaintiff will present the testimony of the Keeper of Records of Rhode Island Hospital detailing emergency room treatment of the Plaintiff for injuries sustained on February 11, 2004.

Plaintiff
By his attorney

James P. Howe #2716
215 Broadway
Providence, RI 02903
401-272-3900

# CERTIFICATION

I hereby certify that on this 18th day of April, 2008 a true and accurate copy of the Answers to Interrogatories were mailed, postage prepaid, to: **Michael D. Urban, Esquire**, Law Offices of Jacqueline L. Allen, 262 Washington Street, Suite 601, Boston, MA 02108.

**LAW OFFICES OF JACQUELINE L. ALLEN**

ATTACHMENT 2

A STAFF COUNSEL OFFICE OF CNA

ONE LIBERTY SQUARE
BOSTON, MASSACHUSETTS 02109
(617) 878-4600
FAX NO. (866) 593-9134

DIRECT DIAL NO. (617) 878-4618
E-MAIL ADDRESS: michael.urban@cna.com

F. J. MCDONALD

JACQUELINE L. ALLEN
DOUGLAS K. BIRKENFELD▼
KATHLEEN C. TULLOH BRINK*
STEVEN R. KRUCZYNSKI
MICHAEL J. MASCIS♦
PATRICK M. MCCORMACK
MARTIN T. SULLIVAN
MICHAEL D. URBAN*•

▼DISTRICT OF COLUMBIA
*NEW HAMPSHIRE
•RHODE ISLAND
♦VIRGINIA

April 28, 2008

**BY FACSIMILE – 401-831-9305 AND FIRST CLASS MAIL**

James P. Howe, Esquire
215 Broadway
Providence, RI 02903

RE: Robert Bryant v. Trucklease Corp., et als
United States District Court, District of Rhode Island, Civil Action No. 07-104ML

Dear Attorney Howe:

I have for your consideration several matters relating to discovery.

On April 18, 2008, you disclosed as your expert witness, Dr. A. Lewis Mariorenzi. Dr. Mariorenzi's expert disclosure is late, substantially later the deadline established by the Court. In addition, it does not conform to the requirements of Federal Rules of Civil Procedure 26. Given these defects, I am prepared to file a motion to strike and/or compel further answers. However, I will not file such motions if you agree to (a) supplement Dr. Mariorenzi's expert disclosure so that it conforms to Federal Rules of Civil Procedure 26; (b) allow me to depose Dr. Mariorenzi, and; (c) allow me to have an expert witness of my own examine Mr. Bryant.

Please advise by the close of business today in writing whether you will assent to this procedure. If not, I will file the appropriate motions, including but not limited to a motion to strike your expert, and/or to compel further disclosure, and/or to compel a physical examination.

Please consider this letter my good faith attempts to work out these discovery issues. I look forward to hearing from you by close of business today.

Very truly yours,

Michael D. Urban

MDU/tjg

cc: James R. DeGolyer
Claim No. E3765599 B3

# hp LaserJet 4345mfp series

## Fax Call Report 1

CNA Insurance
617-878-4653
Apr-28-2008 11:35 AM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| 61 | Apr-28-2008 11:33 AM | Send | 814018319305 | 1:15 | 3 | Success |

LAW OFFICES OF JACQUELINE L. ALLEN
A STAFF COUNSEL OFFICE OF CNA

ONE LIBERTY SQUARE
BOSTON, MASSACHUSETTS 02109
(617) 878-4600
FAX No. (866) 593-9134

F. J. MCDONALD

JACQUELINE L. ALLEN
DOUGLAS K. BIRKENFELD▼
KATHLEEN C. TULLOH BRINK•
STEVEN R. KRUCZYNSKI
MICHAEL J. MASCIS▼
PATRICK M. MCCORMACK
MARTIN T. SULLIVAN
MICHAEL D. URBAN★•

▼DISTRICT OF COLUMBIA
★NEW HAMPSHIRE
•RHODE ISLAND
▼VIRGINIA

Date: 4/28/08

To: Fax Access No.: 401-831-9305
Recipient's Name: James P. Howe
Location:
Telephone No.:

No. of Pages (Including Cover Sheet 3

From: Sender's Name: Michael D. Urban
Telephone No.: (617) 878-4618

RE:
Please see the attached letter.
Thank you.

This transmission will also be:
Mailed (X)
Sent by Messenger ( )
This is the only means of transmission ( )

NOTE: THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA UNITED STATES POSTAL SERVICE. WE WILL REIMBURSE YOU FOR THE POSTAGE. THANK YOU.

**Receiving Fax Operator** Please deliver this facsimile transmission as soon as possible. If you did not receive all of the pages in good condition, please contact the sending FAX operator at telephone number 617-878-4600.

**LAW OFFICES OF JACQUELINE L. ALLEN**
A STAFF COUNSEL OFFICE OF CNA

ONE LIBERTY SQUARE
BOSTON, MASSACHUSETTS 02109
(617) 878-4600
FAX NO. (866) 593-9134

DIRECT DIAL NO. (617) 878-4618
E-MAIL ADDRESS: michael.urban@cna.com

F. J. MCDONALD

JACQUELINE L. ALLEN
DOUGLAS K. BIRKENFELDψ
KATHLEEN C. TULLOH BRINK*
STEVEN R. KRUCZYNSKI
MICHAEL J. MASCIS†
PATRICK M. MCCORMACK
MARTIN T. SULLIVAN
MICHAEL D. URBAN*•

ψDISTRICT OF COLUMBIA
*NEW HAMPSHIRE
•RHODE ISLAND
†VIRGINIA

April 28, 2008

**BY FACSIMILE – 401-831-9305 AND FIRST CLASS MAIL**
James P. Howe, Esquire
215 Broadway
Providence, RI 02903

RE: Robert Bryant v. Trucklease Corp., et als
United States District Court, District of Rhode Island, Civil Action No. 07-104ML

Dear Attorney Howe:

Dr. Mark Palumbo, University Orthopedics, is available to examine Mr. Bryant at 2:00 PM, May 13, 2008, at his office at 1405 South County Trail, East Greenwich, RI.

Per my earlier letter to you earlier today, please indicate whether this is agreed to by you. If this date does not work, I can try to arrange another one, although I understand that Dr. Palumbo only sees patients on Tuesdays and Wednesdays, and so I cannot schedule anything on a Monday or Friday, the days your client prefers.

I look forward to hearing from you.

Very truly yours,

Michael D. Urban

MDU/tjg

# hp LaserJet 4345mfp series

## Fax Call Report

1

CNA Insurance
617-878-4653
Apr-28-2008 04:42 PM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| 65 | Apr-28-2008 04:41 PM | Send | 814018319305 | 0:59 | 2 | Success |

**LAW OFFICES OF JACQUELINE L. ALLEN**
A STAFF COUNSEL OFFICE OF CNA

ONE LIBERTY SQUARE
BOSTON, MASSACHUSETTS 02109
(617) 878-4600
FAX NO. (866) 593-9134

F. J. MCDONALD

JACQUELINE L. ALLEN
DOUGLAS K. BIRKENFELD▼
KATHLEEN C. TULLOH BRINK•
STEVEN R. KRUCZYNSKI
MICHAEL J. MASCIS♦
PATRICK M. MCCORMACK
MARTIN T. SULLIVAN
MICHAEL D. URBAN•♦

▼DISTRICT OF COLUMBIA
•NEW HAMPSHIRE
♦RHODE ISLAND
▼VIRGINIA

Date: 4/28/08

To: Fax Access No.: James P. Howe, Esq.

Recipient's Name: 401-831-9305

Location: ______

Telephone No.: ______

No. of Pages (Including Cover Sheet 2

From: Sender's Name: Michael D. Urban

Telephone No.: (617) 878-4618

RE: Bryant vs. Trucklease Corp.
Please see the attached letter.

Thank you.

This transmission will also be:
Mailed (X)
Sent by Messenger ( )
This is the only means of transmission ( )

NOTE: THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA UNITED STATES POSTAL SERVICE. WE WILL REIMBURSE YOU FOR THE POSTAGE. THANK YOU.

**Receiving Fax Operator** Please deliver this facsimile transmission as soon as possible. If you did not receive all of the pages in good condition, please contact the sending FAX operator at telephone number 617-878-4600.