**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Robert Bryant, Individually and as parent and next friend of Kayla Marie Bryant, Plaintiff, | ) | Civil Action No. 07-104ML |
| v. | ) | |
| Trucklease Corporation, Defendant. | ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes the Defendant, Trucklease Corporation, through counsel, and moves per the Federal Rules of Civil Procedure 56 for summary judgment on all counts, and in support of its motion states as follows:

1. Defendant Trucklease Corporation entitled to summary judgment because the underlying tortfeasor, the United States of America, has been dismissed from this litigation, the statute of limitations has run without any new action brought against the defendant, and as a result, no finding of liability can be made against the United States of America which could trigger vicarious liability against Trucklease Corporation under Rhode Island law.

2. Defendant Trucklease Corporation entitled to summary judgment because there is no basis for liability regarding a direct claim against defendant for negligence.

3. A Memorandum of Law is attached in support of this motion, with exhibits.

WHEREFORE, the Defendant, Trucklease Corporation, requests that the Court:

A. Enter summary judgment in favor of the Defendant as to all claims against it; and

B. Grant such further relief as the Court deems just and proper.

Respectfully submitted,

Defendant,
Trucklease Corporation,

By its Attorney,

/s/ Michael D. Urban
Michael D. Urban
RI Bar No. 5611
Law Offices of Jacqueline L. Allen
One Liberty Square, 12th Floor
Boston, MA 02109
617-878-4618

**CERTIFICATE OF SERVICE**

I, Michael D. Urban, attorney for the Defendant, Trucklease Corporation, in the above-entitled action, hereby certify that on the 13th day of May, 2008, I electronically filed a copy of the within document through the ECF system of the United States District Court for the District of Rhode Island.

/s/ Michael D. Urban
Michael D. Urban
RI Bar No. 5611
Law Offices of Jacqueline L. Allen
One Liberty Square, 12th Floor
Boston, MA 02109
617-878-4618