EXHIBIT 1

RECEIVED FEB 2 0 2007

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

ROBERT BRYANT, Individually
And as parent and next friend of
KAYLA MARIE BRYANT

VS.

C.A. No.: 07-0760

OLABODE ODUNAIKE
and TRUCKLEASE CORPORATION, Alias
and Does 1 thru 5

COMPLAINT
COUNT I

1. Plaintiff, Robert Bryant, is a resident of the Town of Brooklyn, State of Connecticut;

2 Defendant, Olabode Odunaike, Alias, at all time material hereto, and upon information and belief was a resident of The City of Providence, State of Rhode Island;

3. Defendant, Trucklease Corporation, was at all times owner of the vehicle operated by Defendant, Olabode Odunaike. That subsequent to the events of February 11, 2004 the Defendant Trucklease Corporation merged into Fleet Power Truck Leasing Incorporated, a New Jersey corporation, Biddle Company Incorporated, a New Jersey corporation, and Equipmentlease Corporation, a Massachusetts corporation. Plaintiff is informed and believes and thereon alleges that at all times material hereto, Defendant Trucklease Corporation, was the registered owner of the vehicle operated by Defendant Olabode Odunaike;

4. Defendant Does 1 through 5 are entities or individuals currently unknown to the Plaintiff. That Plaintiff sues in this representative capacity until the identities of said Defendants are known.

5. That all times material hereto, Plaintiff was in the exercise of due care and caution;

6. That on February 11, 2004, Plaintiff Robert Bryant was operating a motor vehicle traveling south in the low speed lane on Route 95, a public highway, in the City of Providence, State of Rhode Island;

7. That Defendant, Olabode Odunaike, operated the motor vehicle with the consent of an owned by the Defendant Trucklease Corporation and Does 1 through 5, in such a negligent manner as to cause it to collide with the passenger side of the vehicle operated by the Plaintiff, Robert Bryant;

RECEIVED
FEB 26 2007

8. That as a direct and proximate result of said negligence of Defendants, Olabode Odunaike, Trucklease Corporation alias and Does 1 through 5 jointly and severally, and the resulting collision, Plaintiff Robert Bryant, suffered personal injuries which required medical care and attention, for which he shall and will continue to require treatment, and for which he has and will incur expenses therefore, as a result of said injuries, Plaintiff became disabled and sustained a loss of earning capacity, suffered pain and discomfort from said injuries and will continue to do so in the future; and Plaintiff was otherwise greatly injured and damnified.

WHEREFORE, Plaintiff, Robert Bryant, hereby demands judgment in his favor against Defendants, Olabode Odunaike, Alias, and Trucklease Corporation, Alias and Does 1 through 5 in the amount sufficient to invoke the jurisdiction of this Honorable Court plus interest, costs and reasonable attorney fees.

Plaintiff Robert Bryant
By his Attorney,

James P. Howe #2716
215 Broadway
Providence, RI 02903
401-272-3900

COUNT II

9. That the Plaintiff Kayla Marie Bryant is the unemancipated minor child of Plaintiff Robert Bryant;

10. That the Plaintiff Kayla Marie Bryant hereby realleges and incorporates paragraphs 1 through 8 of Count I of the Complaint as if set forth fully herein;

11. That the Plaintiff Kayla Marie Bryant suffered a loss of society, companionship and parental love as a result of the injuries sustained by her father Robert Bryant compensable to her pursuant to R.I.G.L. 9-1-41.

WHEREFORE, Plaintiff, Robert Bryant as parent and next friend of Kayla Marie Bryant, hereby demands judgment in her favor against Defendants, Olabode Odunaike, Alias, and Trucklease Corporation, Alias and Does 1 through 5 in the amount sufficient to invoke the jurisdiction of this Honorable Court plus interest, costs and reasonable attorney fees.

Plaintiff Kayla Marie Bryant
By her Attorney,

James P. Howe #2716
215 Broadway
Providence, RI 02903
401-272-3900

PLAINTIFF HEREBY DEMANDS A JURY TRIAL