EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Robert Bryant, Individually and as parent and next friend of Kayla Marie Bryant, Plaintiff, | ) | Civil Action No. 07-104ML |
| v. | ) | |
| Trucklease Corporation, Defendant. | ) | |

**AFFIDAVIT OF WILLIAM NAPOLEONE**

1. My name is William Napoleone.
2. I reside at 1861 Hampshire Court, Commerce Township, Michigan.
3. I am employed by Ford Motor Credit Co., LLC. It is the successor in interest to the Defendant, Trucklease Corporation.
4. I am familiar with the facts of this case and the documents pertaining to it. This Affidavit is based on my familiarity with the facts and circumstances of the case derived from a review of documents pertinent to the case and information derived through the course of this lawsuit. It is made to the best of my knowledge, information and belief.
5. The accident forming the basis for this case took place February 11, 2004.
6. The statute of limitations regarding any claims against Trucklease was governed by RIGL § 9-1-14(b). RIGL § 9-1-14(b) provided for a 3 year statute of limitations. Therefore, the statute of limitations regarding all claims against Trucklease expired February 11, 2007.
7. Prior to the expiration of the statute of limitations, February 11, 2007, other than the instant case, no other suit was filed by Plaintiffs against Trucklease, the United States or Odunaike deriving form this accident.

8. After expiration of the statute of limitations, February 11, 2007, no other suit was filed against Trucklease, the United States or Odunaike by Plaintiffs. After the United States was dismissed from this case, no other suit was filed against Trucklease, the United States or Odunaike.
9. At this juncture, the only Defendant in this case is Trucklease and the only claim(s) against Trucklease by Plaintiffs are those which were made in the original Complaint.
10. At the time of the accident, Odunaike was a postal employee, employed by the United States Postal Service, and acting within the scope of his employment.
11. Trucklease owned the truck involved in the accident and had leased it to the United States Postal Service.
12. Trucklease did not hire or employ Odunaike at the time of the accident.
13. Trucklease exercised no control over Odunaike at the time of the accident.
14. Trucklease had no responsibility for training Odunaike prior to the accident.
15. Trucklease had no responsibility for assuring Odunaike was properly licensed at the time of the accident.
16. The truck in question during the term of the lease was maintained by Trucklease.
17. To my knowledge, there were no defects in the truck at issue at the time of the accident that may have caused or contributed to cause the accident.
18. To my knowledge, Plaintiffs have not identified any defects in the truck which may have caused or contributed to cause the accident.
19. I have reviewed the Police Report regarding the accident. The Police Report regarding the accident does not make mention of any defects in the truck which may have caused or contributed to cause the accident.

Signed under the penalties of perjury.

Dated; 5-13-08

William Napoleone

William Napoleone