EXHIBIT 3



Report Number

**04RIX4-386-AC**

*State of Rhode Island*
*Truck/Bus Supplemental to*

# *UNIFORM ACCIDENT REPORT*

| U.S. DOT # (7-Digits) | ICC/MC # (6-Digits) | State No. | State | ☐ Interstate Carrier |
|---|---|---|---|---|
| 328705 | | | | |

| Carrier Name | | | Source of Carrier Name (Check One) |
|---|---|---|---|
| AMI LEASING | | | ☒ 1 Side of Vehicle |
| Address: 46 W BOYLSTON ST | | | ☐ 2 Shipping Papers/Truck or Trip Manifest/Bus |
| City: WORCESTER | State: MA | Zip: 01605 | ☐ 3 Driver |
| | | | ☐ 4 Log Book |

Configuration Type (Check One)

| | | |
|---|---|---|
| ☐ 0 Any Four (4) Tire Vehicle | ☒ 4 Truck/Trailer | ☐ 8 Tractor/Triple |
| ☐ 1 Bus/Seats of 16 or more Persons | ☐ 5 Truck Tractor/Bobtail | ☐ 9 Unknown Truck, Cannot Classify |
| ☐ 2 Single - Unit (2 - Axles, 6 - Tires) | ☐ 6 Tractor/SemiTrailer | ☐ 10 Motorcycle |
| ☐ 3 Single - Unit Truck (3 or more Axles) | ☐ 7 Tractor/Double | ☐ 99 Other |

Other Configuration Type

Cargo Body Type (Check One)

| | | |
|---|---|---|
| ☐ 1 Bus carrying 16 or more persons | ☐ 4 Flatbed | ☐ 7 Auto Transporter (Car-Carrier) |
| ☒ 2 Van/Enclosed Box | ☐ 5 Dump | ☐ 8 Garbage/Refuse |
| ☐ 3 Cargo Tank | ☐ 6 Concrete Mixer | ☐ 99 Other |

Other Cargo Body Type

| Truck/Tractor or Bus GVWR (lbs.) | Trailer(s) Total GVWR (lbs.) | Total Amount GVWR (lbs.) | Total Axles (Including Trailer) |
|---|---|---|---|
| 33000 | 0 | 33000 | 4 |

☐ Vehicle has Hazardous Material Placard

Indicate Name or 4-Digit Number on Placard (From Diamond or Box)

One Digit Number from Placard (from bottom of Diamond)

☐ Hazardous Material Released from this Vehicle's Cargo

Sequence of Events (Enter in order of occurance)

| First Event | Second Event | Third Event | Fourth Event |
|---|---|---|---|
| 9 | | | |

| | | | |
|---|---|---|---|
| 1 Ran off Road | 5 Cargo Loss or Shift | 9 Collision involving Motor Vehicle in Transport/ANY MOVING VEHICLE | 12 Collision Involving Pedal Cycle |
| 2 Jack Knife | 6 Explosion or Fire | | 13 Collision involving Animal |
| 3 Overturn (Rollover) | 7 Separation of Units | 10 Collision involving Parked Vehicle | 14 Collision Involving Fixed Object |
| 4 Down Hill Runaway | 8 Collision Involving Pedestrian | 11 Collision involving Train | 15 Collision involving Other Object |
| | | | 99 Other |

Other (Briefly Describe)

| ☐ MSCAP Inspection Form Done | Form No. | Inspection Code No. |
|---|---|---|
| | | |

Report Number

04RIX4-386-AC

State of Rhode Island
Supplement to

**UNIFORM ACCIDENT REPORT**

for
Additional Diagrams, Data or any
Necessary Statements Taken

North

Vehicle #1 was traveling south in the low speed lane on Route 95 in the City of Providence. Vehicle #2 was traveling to the rear of Vehicle #1. Vehicle #2 was attempting to make take the right ramp to exit 22, when at a point approximately 500 feet north of Atwells Avenue, Vehicle #2 then abruptly veered left back into the low speed lane and struck Vehicle #1 on the passengers side. Vehicle #1, due to the impact, was then caused to swerve left across the highway and came to rest in the high speed lane (with the driver's side resting against the left high speed barrier).

Col... ...ns Supplemental to the State of Rhode Island

# UNIFORM ACCIDENT REPORT

Report Number

**04RIX4-386-AC**

## Accident Conditions (All Pages)

| Box | Field | Value | Box | Field | Value |
|---|---|---|---|---|---|
| Box 1 | Type of Roadway | 3 Divided w/ Barrier | Box 6 | Light Condition | 1 Daylight |
| Box 2 | Traffic Controls | 1 No Controls | Box 7 | Traffic Condition | 1 Light |
| Box 3 | Road Surface | 2 Asphalt | Box 8 | Type of Location | 3 Commercial/Industrial |
| Box 4 | Road Condition | 1 Dry | Box 9 | Initial Collision | 1 Angle |
| Box 5 | Weather Condition | 1 No Adverse Conditions | | | |

| Unit Number 1 Conditions (Page 1) | | | Unit Number 2 Conditions (Page 1) | | |
|---|---|---|---|---|---|
| Box 10a | Non M/V Collision | | Box 10b | Non M/V Collision | |
| Box 11a | Vehicle Action Prior to Accident | 1 Straight | Box 11b | Vehicle Action Prior to Accident | 2 Changing Lanes |
| Box 12a | Physical Condition of Driver | 1 Appeared Normal | Box 12b | Physical Condition of Driver | 1 Appeared Normal |
| Box 13a | Chemical Test Data | | Box 13b | Chemical Test Data | |
| Box 14a | Chemical Test Results | | Box 14b | Chemical Test Results | |

| Unit Number | Sex | Seat Location | Ejected | Seat Belt Use | | Injury Code | | Helmet |
|---|---|---|---|---|---|---|---|---|
| 1 Unit 1 | M Male | 1 2 3 | Y Yes | 1 Shoulder (2 Pt) | 4 Child Restrain | 1 Bleeding/Broken Bones | 4 Fatal | Y Yes |
| 2 Unit 2 | F Female | 4 5 6 | N No | 2 Lap (2 Pt) | 5 Not Used | 2 Bruises/Abrasions | 5 No Injury | N No |
| 3 Unit 3 (etc.) | | 7 8 9 10 11 | | 3 Lap/Shoulder (3 Pt) | 6 Unknown | 3 No Visible Injury/Complaints of Pain | | |