EXHIBIT 5

# CONTRACT

CONTRACTOR: AMI LEASING

NUMBER: [illegible]

NAME: [illegible]

CONTRACT ADMINISTRATOR: [illegible]

GOVERNMENT EXHIBIT

**UNITED STATES POSTAL SERVICE**

## ORDER/SOLICITATION/OFFER/AWARD
**OFFEROR TO COMPLETE BLOCKS 13, 14, 16, 18, 23, 24 and 29**

1. REQUISITION NO.: 01-01782
PAGE 1 OF 1

2. CONTRACT/ORDER NO.: 089480-01-P-0467
3. AWARD/EFFECTIVE DATE: 06/01/2001
4. MASTER/AGENCY CONTRACT NO:
5. SOLICITATION NO.: 089480-01-A-0238
6. SOLICITATION ISSUE DATE: 05/03/2001

7. FOR SOLICITATION INFORMATION CALL — a. NAME: Wayne C. Appold; b. TELEPHONE NO.: (860) 285-7323; c. FACSIMILE NO.: (860) 285-7272
8. OFFER DUE DATE/TIME: 05/17/2001 4:00pm

9. ISSUED BY:
U. S. POSTAL SERVICE
PURCHASING & MATERIALS SERVICE CTR
8 GRIFFIN ROAD NORTH
WINDSOR CT 06095-1572
EMAIL: ckrieg@email.usps.gov

10. ACO CODE: 089480

11. SOLICITATION METHOD: [ ] RFQ [X] RFP [ ] ORAL

12. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS CHECKED [ ] SEE SCHEDULE

13. DISCOUNT TERMS: NET - 30 DAYS

14a. SUPPLIER
AMI Leasing
11 Sharpe Drive
Cranston RI 02910
TEL: 401-463-5557 FAX: 401-463-5501
EMAIL: jbutts@amileasing.com

15a. BILLING INSTRUCTIONS
SAME AS DELIVERY/PERFORMANCE ADDRESS

14b. [ ] CHECK BOX IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

15b. SUBMIT INVOICES TO ADDRESS SHOWN BLOCK 15a UNLESS BLOCK IS CHECKED [ ] SEE ADDENDUM

16. TYPE OF BUSINESS ORGANIZATION *(Check all that apply)*
- a. [ ] MINORITY BUSINESS
  - 1. [ ] BLACK AMERICAN
  - 2. [ ] HISPANIC AMERICAN
  - 3. [ ] NATIVE AMERICAN
  - 4. [ ] ASIAN AMERICAN
- b. [ ] WOMAN-OWNED
- c. [ ] SMALL BUSINESS
- d. [ ] EDUCATIONAL OR OTHER NON-PROFIT
- e. [X] NONE OF THE ABOVE ENTITIES

17a. DELIVERY ADDRESS
USPS/P&DC
TRANSPORTATION
24 CORLISS STREET
PROVIDENCE RI 02904-9741

17b. PHONE NO.: (401)276-6852
17c. DELIVER BY/END DATE: 06/06/2003

18. TAXPAYER IDENTIFICATION NO: 04-322-0218

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | THIS IS A REQUEST FOR PROPOSALS FOR VEHICLE LEASING AS INDICATED WITHIN THIS SCHEDULE. | 2 | YR | 18,420.00 | $36,840.00 |
| | | | | TOTAL AWARD AMOUNT *(USPS Use Only)* | $36,840.00 |

26a. [X] Solicitation incorporates By Reference PM Provision 4-1 *INSTRUCTION TO OFFERORS - COMMERCIAL ITEMS*, and PM Clause 4-2 *CONTRACT TERMS AND CONDITIONS - COMMERCIAL ITEMS*. PM Provision 4-3 *OFFEROR REPRESENTATION AND CERTIFICATIONS - COMMERCIAL ITEMS*, and PM Clause 4-3 *CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS - COMMERCIAL ITEMS*, [X] are [ ] are not attached.

26b. [ ] Contract/Purchase Order incorporates By Reference PM Clause 4-2 *CONTRACT TERMS AND CONDITIONS - COMMERCIAL ITEMS*. PM Clause 4-3 *CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS - COMMERCIAL ITEMS*, [ ] is [ ] is not attached.

27. [X] The supplier is required to sign this document and return 1 copies to the issuing office. The supplier agrees, subject to the terms and conditions specified herein, to provide and deliver all items identified above and on any additional sheets.

28. [X] Award of Contract: Reference your offer dated 5/10/01. Your offer on solicitation (block 5), including any additions or changes that are set forth herein, is accepted as to items 01

29a. SIGNATURE OF SUPPLIER: [signature]

30a. UNITED STATES POSTAL SERVICE *(SIGNATURE OF CONTRACTING OFFICER)*

29b. PRINTED NAME AND TITLE OF SUPPLIER: Jon Butts Area Rental Sales
29c. DATE SIGNED: 5/10/01

30b. PRINTED NAME OF CONTRACTING OFFICER: Charles R. Krieg
30c. DATE SIGNED: 06/01/2001 [signature]

TABLE OF CONTENTS

Page

ORDER/SOLICITATION/OFFER/AWARD FOR COMMERCIAL ITEMS . . . . . 1

PART 1 - CONTINUATION SHEET/SCHEDULE . . . . . 3

1.1 ITEMS AND PRICES . . . . . 3

1.2 DELIVERY/PERFORMANCE . . . . . 3

1.3 PAYMENTS - COMMERCIAL LEASE (Clause OB-480) Alternate I (January 1997) . . . . . 5

1.4 ACKNOWLEDGMENT OF AMENDMENTS (Clause OB-199) (January 1997) . . . . . 5

PART 2 - CLAUSES . . . . . 6

2.1 CONTRACT TERMS AND CONDITIONS - COMMERCIAL ITEMS (Clause 4-2) (January 1997) (Tailored for Commercial Vehicle Leasing) . . . . . 6

2.2 ADDENDUM TO CLAUSE 4 - 2 . . . . . 8

2.3 OPTION TO RENEW (WITH PRELIMINARY NOTICE (Clause 2-20) (January 1997) . . . . . 9

2.4 LAWS AND ORDINANCES - COMMERCIAL LEASE (Clause OB-455) (July 1990) . . . . . 9

2.5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS - COMMERCIAL ITEMS (Clause 4-3) (DECEMBER 1999) . . . . . 9

PART 3 - PROVISIONS . . . . . 11

3.1 INSTRUCTION TO OFFERORS - COMMERCIAL ITEMS (Provision 4-1) (January 1997) . . . . . 11

3.2 EVALUATION - COMMERCIAL ITEMS (Provision 4-2) (January 1997) . . . . . 12

3.3 OFFEROR REPRESENTATIONS AND CERTIFICATIONS - COMMERCIAL ITEMS (Provision 4-3) (January 1997) . . . . . 13

PART 4 - LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS . . . . . 17

Part: 1

**PRIVACY ACT STATEMENT**

To the extent that the information you provide is about an individual, the Privacy Act will apply. Collection of that information is authorized by 39 USC 401. As a routine use, the information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants, or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; to a labor organization as required by the National Labor Relations Act; to a federal, state or local agency, financial institution or other appropriate entity for the purpose of verifying an individual's or entity's eligibility or suitability for engaging in a transaction. In addition, the following disclosures may be made to any person: a solicitation mailing list when a purchase is highly competitive and competitions will not be harmed by release, or to provide an opportunity for potential subcontractors seeking business; a list of lessors of real or personal property to the Postal Service; a list of entities with whom the Postal Service transacts for goods or services, interests in real property, construction, financial instruments, or intellectual property; and the identity of the successful offeror. Completion of this form is voluntary; however, if this information is not provided, we will be unable to process your request.

4

089480-01-A-0238

PART 1 - CONTINUATION SHEET/SCHEDULE

**1.1 ITEMS AND PRICES**

See Attachment 1, Scope of Work.

**1.2 DELIVERY/PERFORMANCE**

a. **Term Of Contract**

Period of performance start date is 06/05/2001 and end date is 06/06/2003. The initial term of the contract will be for a two year period, with options to renew the contract for four (4) additional one-year terms, not to exceed 6 years. If the Postal Service elects to renew the contract, the contracting officer will give the contractor 10 days written notice.

b. **Vehicle Delivery (Clause OB-464) (July 1990)**

(1) Delivery must be made at a time jointly agreed to with the contracting officer's representative (COR). The contractor must deliver the accepted vehicle(s) to the destination(s) by the date specified in the contract, as ordered by the COR. When requested by the COR, contractors are responsible for making contract vehicles(s) available for inspection prior to the date contract performance is scheduled to begin.

(2) The vehicle(s) may be left in the custody of the Postal Service during non-use periods, at the contractor's request and risk. The Postal Service will only only assume risks for damage caused by the act or negligence of on-duty postal employees. These vehicles must, upon delivery, be jointly inspected by the contractor and the COR, and the "Initial Receipt Inspection" portion of Form 4577, Leased Vehicle Condition Report, must be completed and certified by both parties for each vehicle.

c. **Parking - Commercial Lease**

Parking space for non-use periods [X] is, [__] is not available in Postal Service owned or controlled parking areas. (See Paragraph d. below, Vehicle Removal/Replacement.)

d. **Vehicle Removal/Replacement (Clause OB-465) (July 1990)**

(1) Prior to removal for any reason (maintenance, repairs, replacement due to age, etc.), vehicle(s) left in the custody of the Postal Service during non-use periods will be jointly inspected by the contractor and the COR, and the "Return Receipt Inspection" portion of Form 4577 will be completed and certified by both parties for each vehicle. Any damage noted on vehicles being removed from Postal Service custody must be documented on the Form 4577 prepared at time of removal.

(2) When and if a vehicle is returned or provided as a replacement, and it will be in postal custody during non-use periods, upon delivery, it must be jointly inspected by the contractor and the COR. The "Initial Receipt Inspection" portion of Form 4577 must be completed and certified by both parties for each vehicle.

e. **Vehicle Availability (Clause OB-466) (January 1997)**

Suppliers are responsible for ensuring that the required vehicles are available without interruption throughout the term of this contract. If the Postal Service finds that any vehicle is not safely operable, the supplier will be notified. The supplier must notify the Postal Service if it receives notification from the vehicle manufacturer of a recall. If the vehicle cannot be repaired in time to provide the required service, the supplier must furnish replacement vehicle of the same category. If the supplier fails to promptly furnish the substitute vehicle, the Postal Service, without waiving any rights it may have under the Termination for Default clause of this contract, may obtain a substitute vehicle pending the supplier's furnishing a replacement vehicle, and charge any excess cost thereof, including the cost of any delay occasioned thereby, to the supplier. The supplier will not be charged such costs, however, when the vehicle is rendered inoperable by the fault or negligence of the Postal Service or its employees and the supplier takes all reasonable steps to promptly repair or replace the vehicle.

f. **Servicing And Maintenance (Check applicable box)**

[ ] **MOTOR VEHICLES I.** The entire servicing and maintenance expense, including gasoline and oil, must be borne by the supplier. The supplier is responsible for arranging all servicing and maintenance of its vehicles. However, the Postal Service, when authorized by the supplier, will have fueling, checking and addition of oil (not including oil changes), and emergency minor servicing performed (minor servicing is, as used herein, is servicing that requires no more than 10 minutes to perform), all at the supplier's expense and risk, at filling stations and garages designated by the supplier, provided that such stations and garages are within 5 minutes' driving time from the postal facility or the Postal Service's transportation route. The supplier must have all other servicing and maintenance performed (including prompt correction of equipment failures such as flat tires and dead batteries occurring at points remote from the postal facility or normal servicing garage). The supplier must maintain the vehicles in a clean and safe condition (inside and out).

[X] **MOTOR VEHICLES II** The entire servicing and maintenance expense, except gasoline and oil, (not including oil changes), must be borne by the supplier. The supplier is responsible for arranging all servicing and maintenance of its vehicles. However, the Postal Service, when authorized by the supplier, will have emergency minor servicing performed (minor servicing is, as used herein, is servicing that requires no more than 10 minutes to perform), all at the supplier's expense and risk, at filling stations and garages designated by the supplier, provided that such stations and garages are within 5 minutes' driving time from the Postal facility or the Postal Service's transportation route. The supplier must have all other servicing and maintenance performed (including prompt correction of equipment failures such as flat tires and dead batteries occurring at points remote from the postal facility or normal servicing garage). The supplier must maintain the vehicles in a clean and safe condition (inside and out).

[ ] **TRAILERS** The entire servicing and maintenance expense must be borne by the supplier. The supplier is responsible for arranging all servicing and maintenance of its vehicles. However, the Postal Service, when authorized by the supplier, will have emergency minor servicing performed (minor servicing is, as used herein, is servicing that requires no more than 10 minutes to perform), all at the supplier's expense and risk, at filling stations and garages designated by the supplier, provided that such stations and garages are within 5 minutes' driving time from the Postal facility or the Postal Service's transportation route. The supplier must have all other servicing and maintenance performed (including prompt correction of equipment failures such as flat tires occurring at points remote from the postal facility or normal servicing garage). The supplier must maintain the vehicles in a clean and safe condition (inside and out).

### 1.3 PAYMENTS - COMMERCIAL LEASE (Clause OB-480) Alternate I (January 1997)

a. General. It is understood and agreed that payment for vehicles provided under this contract will be made following the end of each 28-day Postal Service accounting period at the price (rate) per vehicle specified in the contract. Payment will be made for the number of days that the vehicle is used or the minimum number of days specified in Clause OB-460, Vehicles Required, of this contract (provided the vehicle was in operable condition and available for use), whichever is greater. Payment will not normally be made for federal holidays.

b. Price Adjustments. Payment for use in each accounting period will be adjusted upward or downward to reflect changes in the cost of vehicle maintenance and repairs. For the purpose of any such price revision(s), the proportion attributable to vehicle maintenance and repairs shall be 30 percent. The amount of any price adjustment(s) will be calculated by the Postal Service based on the percentage change between the most recent Department of Labor Monthly Consumer Price Indexes for vehicle maintenance and repairs (Seasonably Unadjusted, U.S. City Average) received prior to the either (1) the date of the contractor begins performance (for initial adjustment); or (2) the date of the last price adjustment (for subsequent adjustments) and the most recently received indexes prior to the time of payment.

c. Billing. Payment for the foregoing will be made, without billing, upon certification by the COR that the service has been performed.

d. Excess Mileage. In addition to the foregoing, at the end of each year of this contract, or final portion thereof, the contractor may assert a documented claim for payment to the COR for excess mileage for the year or final portion, provided that the average total actual weekly mileage for Postal Service use of all vehicles provided exceeds the original Postal Service estimate(s) shown in Clause OB-460, Vehicles Required, of of this contract (calculated for all vehicles) by more than 10 percent. Payment will be made at the rate of twenty one (21) cents per mile for the documented excess mileage.

e. Payment address. All payments will be made by the Accounting Service Center, U.S. Postal Service, 1720 Market Street, St. Louis, MO 63180-9182.

f. Electronic Fund Transfer. If the contractor desires to have payments electronically transferred to an account in a financial institution, they should submit a completed Treasury Department Form 1199-A to the contracting officer for forwarding to the St. Accounting Service Center. This form or its equivalent can be obtained from your financial institution.

### 1.4 ACKNOWLEDGMENT OF AMENDMENTS (Clause OB-199) (January 1997)

The offeror acknowledges receipt of amendments to the solicitation numbered and dated as follows:

| Amendment Number | Date | Amendment Number | Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

PART 2 - CLAUSES

**2.1 CONTRACT TERMS AND CONDITIONS - COMMERCIAL ITEMS (Clause 4-2) (January 1997) (Tailored for Commercial Vehicle Leasing)**

a. Inspection and Acceptance. The supplier shall only tender for acceptance those items that conform to the requirements of this contract. The Postal Service reserves the right to inspect or test supplies or services that have been tendered for acceptance. The Postal Service may require repair or replacement of nonconforming supplies or reperformance of nonconforming services at no increase in contract price. The Postal Service must exercise its post acceptance rights (1) within a reasonable period of time after the defect was discovered or should have been discovered and (2) before any substantial change occurs in the condition of the items, unless the change is due to the defect in the item.

b. Assignment. The supplier or its assignee's rights to be paid amounts due as a result of performance of this contract may be assigned to a bank, trust company, or other financing institution, including any Federal lending agency in accordance with the Assignment of Claims Act (31 U.S.C. 3727).

c. Changes. Changes in the terms and conditions of this contract may be made only in written agreement of the parties.

d. Disputes. This contract is subject to the Contract Disputes Act of 1978, as amended (41 U.S.C. 601-613). Failure of the parties to this contract to reach agreement on any request for equitable adjustment, claim, appeal or action arising under or relating to this contract shall be a dispute to be resolved in accordance with the clause at PM B-9 Claims and Disputes, which is incorporated herein by reference. The supplier shall proceed diligently with performance of this contract pending final resolution of any dispute arising under the contract.

e. Definitions. The clause at PM B-1, Definitions, is incorporated herein by reference.

f. Excusable delays. The supplier shall be liable for default unless nonperformance is caused by occurrence beyond reasonable control of the supplier and without fault or negligence such as acts of God or the public enemy, acts of the Postal Service in either its sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, unusually severe weather, and delays of common carriers. The supplier shall notify the contracting officer in writing as soon as it is reasonably possible after the commencement of any excusable delay, setting forth the full particulars in connection therewith, shall remedy such occurrence with all reasonable dispatch, and shall promptly give written notice to the contracting officer of the cessation of such occurrence.

g. Invoice. The supplier shall submit an original invoice and three copies (or electronic invoice if authorized) to the address designated in the contract to receive invoices. An invoice must include

1. Name and Address of the supplier
2. Invoice date;
3. Contract number, contract line number and if applicable, the order number;
4. Description, quantity, unit of measure, unit price and extended price of the items delivered;
5. Shipping number and date of shipment including the bill of lading number and weight of shipment if shipped on a Postal Service bill of lading;
6. Terms of any prompt payment discount offered;
7. Name and address of official to whom payment is to be sent; and
8. Name, title and phone number of person to be notified in event of defective invoice.

Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) Circular A-125, Prompt Payment.

h. Patent indemnity. The supplier shall indemnify the Postal Service and its officers, employees and agents against liability, including costs for actual or alleged direct or contributory infringement of, or inducement to infringe, any United States or foreign patent, trademark, or copyright, arising out of the performance of this contract, provided the supplier is reasonably notified of such claims and proceedings.

i. Payment. See Addendum.

j. Risk of loss. Unless the contract specifically provides otherwise, risk of loss or damage to the supplies provided under this contract shall remain with the supplier until, and shall pass to the Postal Service upon:

   1. Delivery of the supplies to a carrier, if transportation of f.o.b. origin, or;
   2. Delivery of the supplies to the Postal Service at the destination specified in the contract, if transportation is f.o.b. destination.

k. Taxes. The contract price includes all applicable Federal, State, and local; taxes and duties.

l. Termination for the Postal Service's convenience. See Addendum.

m. Termination for default. The Postal Service may terminate this contract, or any part hereof, for default by the supplier, or if the supplier fails to provide the Postal Service, upon request, with adequate assurances of future performance. In the event of termination for default, the Postal Service shall not be liable to the supplier for any amount for supplies or services not accepted, and the supplier shall be liable to the Postal Service for any and all rights and remedies provided by law. If it is determined that the Postal Service improperly terminated this contract for default, such termination shall be deemed a termination for convenience.

n. Title. Unless specified elsewhere in this contract, title to items furnished under this contract shall pass to the Postal Service upon acceptance, regardless of when or were the Postal Service takes physical possession.

o. Warranty. The supplier warrants and implies that the items delivered under this contract are merchantable and fit for the use for the particular purpose described in this contract.

p. Limitation of liability. Except as otherwise provided by an express or implied warranty, the supplier will not be liable to the Postal Service for consequential damages resulting from any defect or deficiencies in accepted items.

q. Other compliances. The supplier shall comply with all applicable Federal, State, and local laws, executive orders, rules and regulations applicable to its performance under this contract.

r. Order of precedence. Any inconsistencies in this solicitation or contract shall be resolved by giving precedence in the following order; (1) the schedule of supplies and services; (2) the Assignment, Disputes, Payments, Invoice, Other Compliances and Compliance with Laws Unique to the Postal Service Contracts paragraphs of this clause; (3) the clause at 4-3 Contract Terms and Conditions Required to Implement Statutes or Executive Orders - Commercial Items; (4) addenda to this solicitation or contract, including any license agreements for computer software; (5) solicitation provisions if this is a solicitation; (6) other paragraphs of this clause; (7) PS Form 8203; (8) other documents, exhibits, and attachments, and (9) the specifications.

**2.2 ADDENDUM TO CLAUSE 4 - 2**
(The following clauses modify or are in addition to the terms and conditions of Clause 4-2 above.)

a. **Clause 6-2 Contracting Officer's Representative (January 1997)**

The contracting officer will appoint a contracting officer's representative (COR), responsible for the day-to-day administration of the contract, who will serve as the Postal Service's point of contact with the supplier on all routine matters. A copy of the notice of appointment defining the COR's authority will be furnished to the supplier upon award of the contract.

b. **Liability Requirements - Commercial Vehicle Lease (Clause OB-469) (January 1991)**

(1) Supplier's Vehicles. The Postal Service will be responsible for loss of, or damage to, the supplier's vehicles while in its custody only when caused by the act or negligence of any officer or employee of the Postal Service acting in the scope of his or her employment; provided that such officer or employee is not an employee or dependent of the supplier. In no event will the Postal Service be responsible for ordinary wear and tear which includes damage to vehicles from flying rocks and debris, substandard streets and roads, minor dents and scratches to the sides of vehicles from the doors of other vehicles in parking lots and garages, inclement weather conditions and the regular passage of time. The supplier must file a claim with the contracting officer within sixty days after the earliest of the following dates:

a. Date that the vehicle is returned to the custody of the supplier or its agent for servicing, repair, or as a result of termination or expiration of the contract;

b. Date of receipt by the supplier or its agent of written notice from the contracting officer's representative advising of damages to the vehicle; or

c. Date of receipt by the supplier or its agent of notification that the vehicle is no longer required by reason of termination or cancellation.

(2) Filing a Claim. When a supplier wishes to file a claim for damage, the supplier must notify the COR, in writing, within sixty days of the return of the vehicle. Notice may be made by filing a Standard Form 95, Claim for Damage, Injury, or Death, with the COR, or by writing a letter of notification to the COR followed by a completed SF 95. The SF 95 must be signed by the claimant. The supplier must also submit to the COR any estimates, statements, or other documents to support the submitted claim. Any claim filed after the 60 day period will be rejected as untimely, and the supplier will have no right to appeal this rejection under the Claims and Disputes clause of the contract if it has failed to submit its claim in a timely manner as provided for in this paragraph.

a. Claims for Less than $50. Claims for less than $50 may be approved without a formal estimate if the amount is considered reasonable by the supervisor investigating the accident.

b. Claims for $50 Through $100. Claims for $50 through $100 may be considered if there is one estimate or paid bill submitted by a reputable garage on its letterhead. The approving officer may require another estimate when the one received appears exorbitant for the repairs indicated.

c. Claims over $100. Claims in excess of $100 must be supported by repair estimates on business letterheads from two reputable garages. One of the estimates may be from the supplier's own shop. If the repair estimate is greater than the cost of replacing the vehicle with another of like condition, model, and age, the replacement cost is the maximum reasonable allowance.

d. Other Allowable Costs. When a vehicle is out of service and undergoing repairs for accident damage caused by the act or negligence of a postal employee, the supplier may include in the claim the lost profit on the vehicle during the period it is out of service. Profit is the difference

between the rate of pay and the total cost of operating the vehicle. Any claim for profit of more than 15 percent of the daily or hourly rate must be supported by evidence that the profit is greater than 15 percent. Incidental costs directly resulting from the damage, such as telephone calls and towing, may be considered if appropriate.

(3) Third Parties. The Postal Service will be liable for loss, destruction or damage to property of or injury to third parties resulting from its use or operation of any vehicles furnished under this contract, to the extent provided in the Federal Tort Claims Act, 28 USC 2671-2680.

(4) Liability Insurance. Nothing contained in this contract will be construed as authorizing or requiring the acquisition of liability insurance by the supplier. However, to the extent the supplier regularly maintains insurance for the benefit of a lessee of its vehicles:

a. The supplier must notify the COR of such coverage, the name of the insurance company, the policy number, and the agent to be notified in the event of an accident, and

b. The supplier must provide reasonable assistance to the Postal Service in processing claims thereunder.

c. **Termination For Convenience Of The Postal Service - Commercial Vehicle Lease (Clause OB-474) (January 1997) Alternate I (July 1990)**

The Contracting Officer, upon 5 calendar days advance written notice, may terminate this contract, in whole or in part, when it is in the best interest of the Postal Service. If this contract is so terminated, the Postal Service will be liable only for payment in accordance with the payment provisions of this contract for services rendered prior to the effective date of termination.

**2.3 OPTION TO RENEW (WITH PRELIMINARY NOTICE (Clause 2-20) (January 1997)**

This contract is renewable, at the option of the Postal Service, by the contracting officer giving written notice of renewal to the supplier within the period specified in the Schedule; provided that, the contracting officer will have given preliminary notice of the Postal Service's intent to renew at least sixty (10) days before this contract is to expire (such a preliminary notice will not be deemed to commit the Postal Service to renewals). If the Postal Service exercises this option for renewal, the contract as renewed includes this option clause. The duration of this contract, including renewals, may not exceed the time limit set forth in the Schedule.

**2.4 LAWS AND ORDINANCES - COMMERCIAL LEASE (Clause OB-455) (July 1990)**

The contractor is responsible, without additional expense to the Postal Service, for obtaining any necessary licenses and permits, and for complying with any applicable Federal, State or municipal laws, codes, and regulations in connection with providing the required vehicles.

**2.5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS - COMMERCIAL ITEMS (Clause 4-3) (DECEMBER 1999)**

a. The following clauses are incorporated in this contract by reference:

(1) Clause 9-1, Convict Labor (January 1997)

(2) Clause 9-5, Contract Work Hours and Safety Standards Act - Safety Standards (January 1997)

b. If this contract is valued at $500,000 or more, Clause 3-2, Participation of Small, Minority, and Woman-owned Businesses, is incorporated into this contract by reference.

c. If checked, the following clauses are incorporated in this contract by reference:

(Contracting officer will check as appropriate)

[ _ ] (1) Clause 9-10, Service Contract Act (January 1997)

[ _ ] (2) Clause 9-12, Fair Labor Standards Acts and Services Contract Act - Price Adjustments (January 1997)

[ _ ] (3) Clause 9-2, Contract Work Hours and Safety Standards Act - Overtime Compensation (January 1997)

[ _ ] (4) Clause 9-3, Davis-Bacon Act (January 1997)

[ X ] (5) Clause 9-7, Equal Opportunity (January 1997)

[ X ] (6) Clause 9-13, Affirmative Action for Handicapped Workers (January 1997)

[ X ] (7) Clause 9-14, Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (January 1997)

d. Examination of Records. The Postal Service or its authorized representative shall have access to and right to examine any of the supplier's directly pertinent records involving transactions related to this contract. The supplier shall make available at its offices at all reasonable times the records, materials and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified for particular records. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved. As used in this clause, records include books, documents, account procedures and practices, and other data, regardless of type and regardless of form. This does not require the supplier to create or maintain any record that the supplier does not maintain in the ordinary course of business or pursuant to a provision of law.

e. Notwithstanding the requirements of the clauses in paragraphs a., b., c., or d. of this clause, the supplier is not required to include any PM clause, other than those listed below (and as may be required by an addenda to this paragraph) in a subcontract for commercial items or commercial components:

(1) Clause 9-7, Equal Opportunity (January 1997)

(2) Clause 9-14, Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (January 1997)

(3) Clause 9-13, Affirmative Action for Handicapped Workers (January 1997)

## PART 3 - PROVISIONS

### 3.1 INSTRUCTION TO OFFERORS - COMMERCIAL ITEMS (Provision 4-1) (January 1997)

a. Submission of offers. Submit signed and dated offers to the office specified in this solicitation at or before the exact time specified on this solicitation. Offers may be submitted on Form 8203, Order/Solicitation/Offer/Award, letterhead stationary, or as otherwise specified in the solicitation. As a minimum offers must show:

(1) Solicitation number;

(2) The time specified in the solicitation for receipt of offers;

(3) The name, address and telephone number of the offeror;

(4) A technical description of the items being offered in sufficient detail to evaluate compliance with the requirements in the solicitation. This may include product literature, or other documents, if necessary;

(5) Terms of any expressed warranty;

(6) Price and any discount terms;

(7) "Remit to" address, if different than mailing address;

(8) A completed copy of the representations and certifications;

(9) Acknowledgment of Solicitation Amendments;

(10) Past performance information, when included as an evaluation factor, to include recent and relevant contracts for the same or similar items, and other references (including contract numbers, point of contact, with telephone numbers, and other relevant information); and

(11) If the offer is not submitted on the Form 8203, Order/Solicitation/Offer/Award, include a statement specifying the extent of agreement with all terms and conditions and provisions included in the solicitation. Offers that fail to furnish required representations or information, or reject the terms and conditions of the solicitation may be excluded from consideration.

b. Period for acceptance of offers. The offeror agrees to hold the prices in its offer firm for 30 calendar days from the date specified for receipt of offers, unless another time period is specified in an addendum to the solicitation.

c. Product samples. When required by the solicitation, product samples will be submitted at or prior to the time specified for receipt of offers. Unless otherwise specified in the solicitation, these samples shall be submitted at no expenses to the Postal Service and returned at the sender's request and expense, unless they are destroyed during pre award testing.

d. Multiple offers. Offerors are encouraged to submit multiple offers presenting alternative terms and conditions or commercial items for satisfying the requirements of this solicitation. Each offer submitted will be evaluated separately.

e. Late offers. Offers or modifications of offers received at the address specified for the receipt of offers after the exact time specified for receipt of offers will not be considered unless determined to be in the best interests of the Postal Service.

f. Contract award. The Postal Service intends to evaluate offers and award a contract without discussions with offerors. Therefore, the offeror's initial offer should contain the offeror's best terms from a price and

technical standpoint. However, the Postal Service reserves the right to conduct discussions if later determined by the contracting officer as necessary. The Postal Service may reject any or all offers if such action is in the best interest of the Postal Service; accept other than the lowest offer, and waive informalities and minor irregularities in offers received.

g. Multiple awards. The Postal Service may accept any item or group of items of an offer, unless the offeror qualifies the offer by specific limitations. Unless otherwise provided in the Schedule, offers may not be submitted for quantities less than those specified. The Postal Service reserves the right to make an award on any items for quantity less than the quantities offered, at the unit prices offered, unless the offeror specifies otherwise in the offer.

h. Availability of requirements documents cited in the solicitation. The Index of Federal Specification, Standards and Commercial Item Descriptions and the documents listed in it may be obtained from the General Services Administration, Federal Supply Service Bureau, Specifications Section, Suite 8100, 470 L'Enfant Plaza, SW, Washington DC 20407 (202) 755-0325/0326).

**3.2 EVALUATION - COMMERCIAL ITEMS (Provision 4-2) (January 1997)**

a. The Postal Service will award a contract resulting from this solicitation to the responsible offeror whose offer conforming to the solicitation will be most advantageous to the Postal Service, price and other factors considered. The following performance evaluation factors shall be used to evaluate offers:

1. Price and other price related factors.
2. Supplier Specific Factors:

   (a) Past Performance
      - (i) Quality
      - (ii) Timeliness
      - (iii) Business relations
      - (iv) Cost Control
      - (v) Supply chain management

   (b) Supplier Capability
      - (vi) Resources (financial/technical)
      - (vii) Reliability
      - (viii) Record of integrity, business ethics
      - (ix) Quality Control Program
      - (x) Organization, experience, accounting and operational controls, technical skills production and property controls.
      - (xi) Production, construction, technical equipment and facilities
      - (xii) Eligibility for award under applicable laws and regulations

3. Proposal Specific Factors:
   - (a) The suppliers understanding of the requirement
   - (b) The suppliers management plan (including, where appropriate, its subcontractor plans)
   - (c) The qualifications and experience of the supplier's key personnel
   - (d) The superiority of the supplier's technical approach
   - (e) The supplier's offered delivery terms

Proposal specific and supplier specific performance evaluation factors, when combined, are considered to be [X] more important,[_] less important, [_] as important as price and price related factors. Price [_] will, [x] will not be the determining factor in choosing among all offers which meet the minimum acceptable performance evaluation factors.

b. Options. The Postal Service will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. The Postal Service may determine that an offer is unacceptable if the option prices are significantly unbalanced. Evaluation of options shall not obligate the Postal Service to exercise the option(s).

c. A written notice of award or acceptance of an offer, mailed or otherwise furnished to the successful offeror within the time for acceptance specified in the offer, shall result in a binding contract without further action by either party. Before the offer's specified expiration time, the Postal Service may accept an offer (or part of an offer), whether or not there are negotiations after its receipt, unless a written notice of withdrawal is received before award.

**3.3 OFFEROR REPRESENTATIONS AND CERTIFICATIONS - COMMERCIAL ITEMS (Provision 4-3) (January 1997)**

a. Type of Business Organization. The offeror, by checking the applicable blocks, represents that it:

(1) Operates as:

[x] a corporation incorporated under the laws of the State of MA;

[_] an individual;

[_] a partnership;

[_] a joint venture;

[_] a limited liability company;

[_] a nonprofit organization, ______ or;

[_] an educational institution; and

(2) Is (Check all that apply)

[_] a small business concern;

[_] minority business; [_] Black American

[_] Hispanic American

[_] Native American

[_] Asian American

[_] a woman-owned business;

[_] educational or other nonprofit organization, or

[x] none of the above entities.

(3) Small Business Concern. A small business concern for the purposes of Postal Service purchasing means a business, including an affiliate, that is independently owned and operated, is not dominant in producing or performing the supplies or services being purchased, and has no more than 500 employees, unless a different size standard has been established by the Small Business Administration (see 13 CFR 121, particularly for different size standards for airline, railroad, and construction companies). For subcontracts of $50,000 or less, a subcontractor having no more than 500 employees qualifies as a small business without regard to other factors.

(4) Minority Business. A minority business is a concern that is at least 51 percent owned by, and whose management and daily business operations are controlled by, one or more members of a socially and economically disadvantaged minority group, namely U.S. citizens who are Black Americans, Hispanic Americans, Native Americans, Asian-Pacific Americans, or Asian-Indian Americans. (Native Americans are American Indians, Eskimos, Aleuts, and Native Hawaiians. Asian-Pacific Americans are U.S. citizens whose origins are Japanese, Chinese, Filipino, Vietnamese, Korean, Samoan, Laotian, Kampuchea (Cambodian), Taiwanese or in the U.S. Trust Territories of the Pacific Islands. Asian-Indian Americans are U.S. citizens whose origins are in the Indian subcontinent.)

(5) Woman-owned Business. A woman-owned business is a concern at least 51 percent of which is owned by a woman (or women) who is a U.S. citizen, controls the firm by exercising the power to make policy decisions, and operates the business by being actively involved in day-to-day management.

(6) Educational or Other Nonprofit Organization. Any corporation, foundation, trust, or other institution operated for scientific or educational purposes, not organized for profit, no part of the net earnings of which inures to the profits of any private shareholder or individual.

b. Parent Company and Taxpayer Identification Number

(1) A parent company is one that owns or controls the basic business polices of an offeror. To own means to own more than 50 percent of the voting rights in the offeror. To control means to be able to formulate, determine, or veto basic business policy decisions of the offeror. A parent company need not own the offeror to control it; it may exercise control through the use of dominant minority voting rights, proxy voting, contractual arrangements, or otherwise.

(2) Enter the offeror's Taxpayer Identification Number (TIN) in the space provided. The TIN is the offeror's Social Security number or other Employee Identification Number used on the offeror's Quarterly Federal Tax Return, U.S. Treasury Form 941.

Offeror's TIN: 04-222-0218____________

(3) Check this block if the offeror is owned or controlled by a parent company: [ ]

(4) If the block above is checked, provide the following information about the parent company:

Parent Company's Name:______________________

Parent Company's Main Office:______________________

Address:______________________

No. and Street:______________________

City:______________ State:______ Zip Code:______________

Parent Company's TIN:______________________

16

(5) If the offeror is a member of an affiliated group that files its federal income tax return on a consolidated basis (whether or not the offeror is owned or controlled by a parent company, as provided above) provide the name and TIN of the common parent of the affiliated group:

Name of Common Parent______________________________

Common Parent's TIN______________________________

c. Certificate of Independent Price Determination

(1) By submitting this proposal, the offeror certifies, and in the case of a joint proposal each party to it certifies as to its own organization, that in connection with this solicitation:

(a) The prices proposed have been arrived at independently, without consultation, communication, or agreement, for the purpose of restricting competition, as to any matter relating to the prices with any other offeror or with any competitor;

(b) Unless otherwise required by law, the prices proposed have not been and will not be knowingly disclosed by the offeror before award of a contract, directly or indirectly to any other offeror or to any competitor; and

(c) No attempt has been made or will be made by the offeror to induce any other person or firm to submit or not submit a proposal for the purpose of restricting competition.

(2) Each person signing this proposal certifies that:

(a) He or she is the person in the offeror's organization responsible for the decision as to the prices being offered herein and that he or she has not participated, and will not participate, in any action contrary to paragraph a above; or

(b) He or she is not the person in the offeror's organization responsible for the decision as to the prices being offered but that he or she has been authorized in writing to act as agent for the persons responsible in certifying that they have not participated, and will not participate, in any action contrary to paragraph (a) above, and as their agent does hereby so certify; and he or she has not participated, and will not participate, in any action contrary to paragraph (a) above.

(3) Modification or deletion of any provision in this certificate may result in the disregarding of the proposal as unacceptable. Any modification or deletion should be accompanied by a signed statement explaining the reasons and describing in detail any disclosure or communication.

d. Certification of Nonsegregated Facilities

(1) By submitting this proposal, the offeror certifies that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not permit its employees to perform services at any location under its control where segregated facilities are maintained. The offeror agrees that a breach of this certification is a violation of the Equal Opportunity clause in this contract.

(2) As used in this certification, segregated facilities means any waiting rooms, work areas, rest rooms or wash rooms, restaurants or other eating areas, time clocks, locker rooms or other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment area, transportation, or housing facilities provided for employees that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, or national origin, because of habit, local custom, or otherwise.

(3) The offeror further agrees that (unless it has obtained identical certifications from proposed subcontractors for specific time periods) it will obtain identical certifications from proposed subcontractors before awarding subcontracts exceeding $10,000 that are not exempt from the provisions of the Equal Opportunity clause; that it will retain these certifications in its files; and that it will forward the following notice to these proposed subcontractors (except when they have submitted identical certifications for specific time periods):

**NOTICE:** A certification of non segregated facilities must be submitted before the award of a subcontract exceeding $10,000 that is not exempt from the Equal Opportunity clause. The certification may be submitted either for each subcontract or for all subcontracts during a period (quarterly, semiannually, or annually).

e. Equal Opportunity Affirmative Action Program.

The offeror, by checking the applicable block or blocks, represents that it (1) [x] has developed and has on file, [ ] has not developed and does not have on file, at each establishment, affirmative action programs as required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2) and [x] has, [ ] has not filed the required reports with the Joint Reporting Committee, or (2) [ ] has not previously had contracts subject to the written affirmative action program requirement of the rules and regulations of the Secretary of Labor.

Remmittance Address (if different from Block 14a, PS Form 8203)

________________________________________

________________________________________

________________________________________

________________________________________

18

089480-01-A-0238

PART 4 - LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS

| Attachment No. | No. of Pages | Attachment Title |
|---|---|---|
| 1 | 1 | ITEMS & PRICES |
| 2 | 3 | SPECIFICATION "A" - LOAD RESTRAINT SYSTEM |
| 3 | 1 | FORM 4577 - LEASED VEHICLE CONDITION REPORT |

**ATTACHMENT 1**
**SCOPE OF WORK**

**VEHICLE REQUIREMENTS**

a. General. The supplier must provide and maintain the vehicles(s) in excellent mechanical condition and appearance and suitable for the service to be performed, as determined by physical inspections made by or for the contracting officer.

b. Doors. The doors of each vehicle shall be equipped with adequate locking devices for the proper protection of the mail. Both front doors shall be capable of being unlocked with a key from the outside and locked or unlocked with a latch or button from the inside. Both front door windows must be capable of being raised and lowered vertically and of being held in any intermediate position or the closed position. Hatchback vehicle are acceptable only if the glass portion of the hatchback door is completely framed in metal and the hatchback door locking mechanism is mounted in metal.

c. Comfort and Safety. Each vehicle must be equipped by the supplier with mud and snow tires, or tire chains, or both when determined by COR to be required by the local weather conditions. Each vehicle shall be equipped with heaters and defrosters, adjustable seats, seat belts for the front seat positions, turn signals, adjustable outside rear view mirrors on both sides; and must meet all safety and exhaust emission requirements of Federal, States and/or local ordinances and laws. Seats, seat belts, and seat belt anchorages and other restraint systems, must comply with Federal Motor Vehicle Safety Standards in effect on the effective date of this contract. All vehicles except mini vans, passenger cars or station wagons must have a front view convex disc mirror not less than 7 inches in diameter with nominal 14-inch radius curvature. The convex disc mirror must be positioned to allow adjustments to provide the driver a maximum view of the road area immediately forward of the front bumper. Mirror mounting arms and brackets for all mirrors must be sufficient strength and rigidity to preclude mirror distortion due to vibration.

d. Marking. Each vehicle must display the legend "U.S. MAIL" on each front door panel in lettering 2-1/2 inches high. The supplier's name must be displayed immediately below in letters not to exceed one inch high. Where more than one vehicle is provided by the supplier, each must have individual identifying numbers on each front side door beneath the supplier's name. White letters and/or numerals are preferred. No other special marking is required unless specified elsewhere in this contract. The supplier must temporarily cover or remove the legend "U.S. MAIL" at any time during the contract term that the vehicle is in the supplier's custody and use. At the conclusion of the contract term, the supplier must completely remove the legend "U.S. MAIL" from any vehicle permanently removed from use under Postal Service vehicle leasing contracts.

e. Transmissions. Automatic transmissions are required.

f. Special Requirements: Double "E" track and roll-up door required. CDL; ICC/DOT approved, see Specification A - Load Restraint System. Repairs or replacement of vehicle must be initiated within one (1) hour after service call from an authorized Postal Service representative.

**VEHICLE AGE**

Vehicles more than six years old at the beginning of the contract period will not be considered acceptable for the service to be performed. Vehicles that become eight years old during the contract period will not be considered suitable for the service to be performed and must be replaced prior to the next contract anniversary date. For purposes of calculation, a vehicle will be considered as one year old on December 31 of its model year.

20

## ATTACHMENT 1

## ITEMS AND PRICES

a. Vehicles Required

The following vehicles are required during the performance period of the contract:

| Item No. | Type | Mail Storage Capacity (cu. ft.) | Min. Hrs. Per Day | Min. Days Per Week | Estimated Miles per Week | Type of Service Code | Number of Vehicles Required |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| 01. | 24CDL STRAIGHT TRUCK | 1,459.2 | 10 | 6 | 700 | L | 1 |

Type of Service Codes:

Code A - Park & Loop
Code E - Regular
(1) Curbline
(2) Special Delivery/Express Mail
(3) Relay
(4) Parcel Post
Code J - Standby
Code L - Temporary
Code P - Christmas
Code T - Trailers

b. Vehicles Offered (Completed by Offeror

The following vehicles, without driver, are offered:

| Item No. | Model Year | (Model, Make, Body Style) | Mail storage Capacity (cu. ft.) | Number of Vehicles | Rate (as indicated below) |
|---|---|---|---|---|---|
| 1 | 1999 | International 4900 | | 1 | $335.00<br>xx~~DAILY RATE~~<br>WEEKLY RATE |
| | | | | | |

If multiple vehicle types (different years, models, etc.) are offered for the same item, include the information on a separate sheet of paper.

*PAID MONTHLY IN ARREARS

# Specification "A"

## Load Restraint System

Page 1

Vehicles in operation on this contract must be equipped with a load restraint system meeting the specifications in this attachment. The load restraint system is to be utilized to prevent the fore, aft and sideways movement of containers and other mail transport equipment.

### *1. Vehicle Minimum Dimensions*

Vehicles must have a minimum inside width of 90 inches and a minimum rear cargo door access height of 74 inches. Vehicles operating into BMC facilities must have an inside floor height of 50 inches, plus or minus 2 inches. Vehicles not within minimum dimension criteria are not acceptable.

### *2. Load Restraint System*

The load restraint system consists of two sets (4 rails) of steel horizontal load retainer rails installed on the interior side walls of the cargo area, two permanent bars at the nose, and a specified number of two (2) piece web-type strap assemblies to secure the cargo.

In situations where containers and pouched/sacked mail are loaded, additional web-type strap assemblies are required to restrain the container's forward and back motion.

### *3. Cargo Control Equipment*

Retainer Rails

The contractor will be required to furnish vehicle(s) equipped with horizontal load retainer rails, series E (Aeroquip Series "E" System, Part Number 43002, or Ancra Part Number 40837-10, or equivalent); fabricated from a minimum of 12-gauge steel with a minimum yield strength of 45,000 PSI. The horizontal retainer rails will run the full length of both interior side walls of the vehicle(s). One set of rails will be mounted 26" from the bottom of the rail to the floor. Another set of rails will be mounted 60" from the bottom of the rail to the floor. Additionally, two flanged reinforcing steel hat section bars (minimum 2" deep by 5" wide, 12-gauge steel) shall be permanently installed across the front nose of the cargo compartment and welded to each set of horizontal retainer rails. Welding to retainer rails is not required if the cargo box design has rounded front corners.

All rails and hat sections shall be fastened to every vertical post on both top and bottom flanges. Fastening shall be welding, riveting, bolting, or equivalent. Welding will be at least 1.5 inches long on both top and bottom flanges. Riveting or other fastening will use at least 4 fasteners at each vertical post.

On *new* vehicles, horizontal retainer rails shall be installed before installation of the interior lining referenced in the contract specifications. After rail installation is complete, interior lining is to be installed over the top and bottom flanges of the rail to achieve a flush even appearance.

Specification A
Page 2

On *existing* vehicles, horizontal retainer rails shall be installed on top of the interior linings by riveting, or other fastening, through the interior lining into each vertical post. *Do not* remove interior lining to install rails.

*Retaining Rail Requirements for Renewed Contracts*

For vehicles that were in operation on this contract and in compliance with applicable load restraint requirements on November 28, 1990, the previously-required single set of retainer rails may continue to be used without relocation to the 26-inch height requirement for successive renewal periods, or until the equipment is replaced for any reason. All other requirements of this attachment apply, including the installation of a second set of retainer rails, which must be positioned 60 inches from the rail bottom to the floor.

### Web-Strap Assemblies

*Each assembly will have an overall length of 12'.* One end assembly will be a fixed length of approximately 5' and will consist of web strapping, a corner protector, an end fitting and a quick-connect flat hook. One end (adjustable, roller end) assembly will consist of a corner protector, an end fitting, a ratchet assembly, and web strapping sewn at the ratchet end with a loop to make it captive of the ratchet. The minimum breaking strength of each two-piece strap assembly will be 3000 pounds. A wide-handle type ratchet (e.g., Ancra PN 44567-10, or USPS PN 47534-10) is suggested as the preferred ratchet style.

Specific questions in regard to your required modifications should be directed to the Contracting Officer at the issuing Distribution Networks (DN) office.

Specification A
Page 3

# Load Restraint System Diagrams

## "E" Track Location (Front View)




## "E" Track Location (Side View)




## Permanent Hat Type Shoring Bars in Nose

(2 required, same height as "E" track.)




*Revised* 11/96

Case 1:07-cv-00104-ML-LDA Document 11 Filed 05/22/2007 Page 23 of 28

U.S. Postal Service

# LEASED VEHICLE CONDITION REPORT

*(See instructions on reverse of Part 2)*

INSTRUCTIONS FOR COM... Type or use ballpoint pen and exert pressure to make certain that all carbon copies are legible. Complete section F below; and remove carbons and copies 3 and 4. Then turn over form and complete remarks. No carbons are required in the completion of remarks as the paper has been specially treated to carry impressions from Part 2 through to original.

## SECTION A — To be completed by post office

| | | | | | |
|---|---|---|---|---|---|
| City, State and ZIP+4 Code | | | | Telephone No. | Leasing Agency, Address and Telephone No. |
| Contract No. | Vehicle ID No. | Year | Make | Body Type | No. of Cyl. |
| Cu. in. disp. | Transmission | Combined MPG. | | License No. | State |

| SECTION B — Mechanical Condition — Vehicles | | | SECTION C — Mechanical Condition — Trailers | | |
|---|---|---|---|---|---|
| *(Before)* | Instrument Panel | *(After)* | *(Before)* | | *(After)* |
| | Water Temperature | | | Body | |
| | Oil Pressure | | | Tires | |
| | Ammeter | | | Air Hookup | |
| | Fuel Gauge | | | Connectors | |
| | Brakes – Service | | | Interior | |
| | – Parking | | | Landing Gear | |
| | Steering | | | 5th Pin | |
| | Clutch | | | Side Doors | |
| | Transmission | | | Rear Door | |
| | Engine (Noises) | | | Clearance Lights | |
| | Doors | | | Air Pressure | |
| | Tires – Left Front | | | 12-Volt System | |
| | Right Front | | SECTION D — Vehicle Accessories | | |
| | Left Rear | | | Seat Belts | |
| | Right Rear | | | Outside Mirrors | |
| | Spare | | | Tire Chains | |
| | Lights – Headlights | | | Spare Tire and Wheel | |
| | Tail Lights | | | Jack and Jack Handle | |
| | Turn Signals | | | Lug Wrench | |
| | Spare Fuses | | | Fire Extinguisher | |
| | Windshields (Glass) | | | Warning Devices | |
| | Upholstery | | | Mud Flaps | |

## SECTION E — Vehicle Body Condition *(See key to symbols on reverse of Part 2)*

F-1 Initial Receipt Inspection (Before)




F-2 Return Receipt Inspection (After)




## SECTION E — Trailer Body Condition *(See key to symbols on reverse of Part 2)*

G-1 Initial Receipt Inspection (Before)




G-2 Return Receipt Inspection (After)




## SECTION F — Certification

| This is to certify that the vehicle indicated in Section A has been examined at time of receipt and deficiencies noted above. | | | This is to certify that the vehicle indicated in Section A has been examined at time of return and deficiencies noted above. | | |
|---|---|---|---|---|---|
| For Postmaster *(Signature)* ▶ | Date | Mileage | For Postmaster *(Signature)* ▶ | Date | Mileage |
| For Agency *(Signature)* ▶ | | Time | For Agency *(Signature)* ▶ | | Time |

PS Form 4577, Nov. 1987

Case 1:07-cv-00104-ML-LDA Document 11 Filed 05/22/2007 Page 26 of 28

# U.S. POSTAL SERVICE: CONTRACT/ORDER MODIFICATION

PAGE 1 OF PAGES 1

1. MODIFICATION NO. M 003 CONTRACT/ORDER /AGREEMENT: 089480-01-P-0467
2. a. DATE ISSUED: 05/30/2003 b. PR NO.: 03-17168
 c. FINANCE NO.: 437141 d. TIN/SSN: 04-2220218

3. SUPPLIER:
AMI LEASING
JON BUTTS AREA RENTAL ACCOUNT MGR
11 SHARPE DRIVE
CRANSTON RI 02920-4402
ATTENTION:
ELLIOT COHEN VICE PRESIDENT
(401) 463-5557

4. ISSUED BY:
U S POSTAL SERVICE
VEHICLES PARTS/MAINTENANCE CT
P O BOX 40592
PHILADELPHIA PA 19197-0592
FOR INFORMATION CALL:
AnnaMaria T. DeLillo
(215) 931-5178
adelillo@email.usps.gov
ACO CODE: 1DVPLE

5. The above numbered contract/order/agreement is modified as set forth in Block 6, by modification issued pursuant to authority of CLAUSE 2-20

6. DESCRIPTION OF MODIFICATION:
COMMODITY: VEHICLE LEASE
CONSIGNEE: PROVIDENCE, RI 02904-9741

This is a modification to exercise the first of four 1-year renewal options on one (1) 24-foot straight truck, at $345.00 per week. This will extend the agreement from June 6, 2003 to June 5, 2004.

Increase funding by $17,940.00 from $63,115.00 to $81,055.00.

All other terms and conditions remain the same.

Except as provided herein, all terms and conditions of the document referenced in Block 1, as heretofore changed, remain unchanged and in full force and effect.

7. ACCOUNTS PAYABLE DATA ☐ is not, ☒ is changed, see BELOW

| | |
|---|---|
| Previous Grand Total: | $63,115.00 |
| Value of Modification: | $17,940.00 |
| New Grand Total: | $81,055.00 |

The supplier ☐ is not ☒ is required to sign and return an original and 1 copy(ies) of this modification to the Issuing Office (See Block 4).

8. SIGNATURES: SUPPLIER

[signature] 6-4-03
Signature Date

D. MARK BIRTZ
Name of Person Authorized to Sign

VP Truck Rental
Title

U.S. POSTAL SERVICE

Robert M. Montebello 6/10/03
Signature Date
Robert M. Montebello
Contracting Officer

| U.S. POSTAL SERVICE: CONTRACT/ORDER MODIFICATION | PAGE OF PAGES<br>1 2 |
|---|---|

1. MODIFICATION NO. M 004 CONTRACT/ORDER/AGREEMENT: 089480-01-P-0467
2. a. DATE ISSUED: 07/15/2004 b. PR NO.: 04-16449
   c. FINANCE NO.: 437141 d. TIN/SSN: 04-2220218

| 3. SUPPLIER: | 4. ISSUED BY: |
|---|---|
| AMI LEASING<br>JON BUTTS AREA RENTAL ACCOUNT MGR<br>11 SHARPE DRIVE<br>CRANSTON RI 02920-4402 | U S POSTAL SERVICE<br>VEHICLES PARTS/MAINTENANCE CT<br>P O BOX 40592<br>PHILADELPHIA PA 19197-0592 |
| ATTENTION:<br>ELLIOT COHEN VICE PRESIDENT<br>(401) 463-5557 | FOR INFORMATION CALL:<br>AnnaMaria T. DeLillo<br>(215) 931-5178<br>annamaria.t.delillo@usps.gov<br>ACO CODE: IDVPLE |

5. The above numbered contract/order/agreement is modified as set forth in Block 6, by modification issued pursuant to authority of CLAUSE 02-20

6. DESCRIPTION OF MODIFICATION:

COMMODITY: VEHICLE LEASE
CONSIGNEE: PROVIDENCE, RI 02904-9741

This is a modification to exercise the second of four 1-year renewal options on one (1) 24-foot straight truck. This will extend the agreement from June 6, 2004 to June 5, 2005.

This modification also reflects an increase in rate from $345.00 per week to $360.00 per week.

Increase funding by $17,940.00 from $81,055.00 to $98,995.00.

Except as provided herein, all terms and conditions of the document referenced in Block 1, as heretofore changed, remain unchanged and in full force and effect.

7. ACCOUNTS PAYABLE DATA [ ] is not, [X] is changed, see BELOW

| | |
|---|---|
| Previous Grand Total: | $81,055.00 |
| Value of Modification: | $17,940.00 |
| New Grand Total: | $98,995.00 |

The supplier [ ] is not [X] is required to sign and return an original and 1 copy(ies) of this modification to the Issuing Office (See Block 4).

| 8. SIGNATURES: SUPPLIER | U.S. POSTAL SERVICE |
|---|---|
| Joseph T. Gunther 7/16/04<br>Signature Date | Robert M. Montabello 7/16/04<br>Signature Date |
| Joseph T. Gunther<br>Name of Person Authorized to Sign | Robert M. Montabello<br>Contracting Officer |
| Director of Truck Rental<br>Title | |

27

07/16/2007 Case 1:07-cv-00104-ML-LDA Document 11 Filed 05/25/2007 Page 28 of 28
JUL-15-2004 11:46 P.02/02

| CONTRACT/ORDER MODIFICATION DESCRIPTION - Continuation | PAGE 2 OF PAGES 2 |
|---|---|
| 1. MODIFICATION NO. M 004 | CONTRACT/ORDER /AGREEMENT: 089480-01-P-0467 |

6. DESCRIPTION OF MODIFICATION:

All other terms and conditions remain the same.



TOTAL P.02

# STATE OF RHODE ISLAND UNIFORM ACCIDENT REPORT

| | | | |
|---|---|---|---|
| Reporting Agency: Rhode Island State Police Headquarters | Type of Collision (i.e. Car - Car): CAR VS. TRUCK | Report Number: 04RIX4-386-AC | ☐ Walk In |
| Accident Date: 02/11/2004 | Day of the Week: Wednesday | Military Time: 1200 | Posted Speed: 55 / Total Units Involved: 2 |
| Route / City/Town: PROVIDENCE | Name of Street or Highway: ROUTE 95 | # of Lanes: 4 | Intersection With: |
| Distance (From Nearest Intersecting St): 500 ☒ Feet ☐ Miles | Direction (From Nearest Intersecting St): (N) S E W | Nearest Intersecting Street/Landmark: ATWELLS AVENUE | |

Margin boxes: 1: 3; 2: 1; 3: 2; 4: 1; 5: 1; 6: 1; 7: 1; 8: 3; 9: 1; 10a: ; 10b: ; 11a: 1; 11b: 2; 12a: 1; 12b: 1; 13a: ; 13b: ; 14a: ; 14b:

## DRIVER / OWNER / VEHICLE

| Field | Unit 1 | Unit 2 |
|---|---|---|
| Unit Number | 1 | 2 |
| Unit Type | 6 - Pickup Truck | 40 - 4ax Single Unit |
| Operator's Last Name / First / M.I. | BRYANT ROBERT A | ODUNAIKE OLABODE S |
| Street/Mailing Address | 120 BAILEYWOODS RD | 153 EASTWOOD AVE |
| City/Town | BROOKLYN | PROVIDENCE |
| State | CT | RI |
| Zip | 06234 | 02901 |
| Telephone | | 401-725-7162 |
| DOB | 09/24/1959 | 06/19/1961 |
| Sex | M | M |
| License Number | 096023678 | 8813101 |
| State | CT | RI |
| ☐ CDL / Class / Restrictions | | |
| Owner's Last Name / First / M.I. | BRYANT ROBERT A | TRUCKLEASE CORP |
| Street/Mailing Address | 120 BAILEYWOODS RD | 46 W BOYLSTON ST |
| City/Town | BROOKLYN | WORCESTER |
| State | CT | MA |
| Zip | 06234 | 01605 |
| Telephone | | |
| Insurance Co. | NEW LONDON COUNTY | CONTINENTAL CAUSALTY |
| Policy No. | A113317 | 47397 |
| Registration No. | 67C196 | 47397 |
| State | CT | MA |
| VIN | 1GTDR14H6HF713135 | 1NKMHD7XXXS819311 |
| Vehicle Yr. | 1987 | 1999 |
| Make | GMC | OTHER |
| Color | BLU | WHI |
| Plate Type | CO | AP |
| # Air Bags Deployed | 0 | 0 |
| Air Bags | ☐ Front ☐ Side | ☐ Front ☐ Side |
| Direction of Travel | N (S) E W | N (S) E W |
| Damage areas (1–8, 9 (Top), 10 (Bottom)) | (3) (6) (7) (8) circled | (8) circled |
| Towed By | NICK'S TOWING | |
| Damage Estimate | ☐ None ☐ <$500 ☒ >$500 | ☐ None ☐ <$500 ☒ >$500 |

## TRAILER

| Field | Unit 1 | Unit 2 |
|---|---|---|
| Trailer Reg. No. | | |
| State | | |
| Make | | |
| VIN | | |
| Towed By | | |

## Non-Vehicle Property Damage

| Owner | Address | Phone | Damage Description |
|---|---|---|---|
| | | | |

## Name all Persons Involved (Occupants - Witnesses - Pedestrians)

| Name | Unit # | Sex | DOB | Seat | Eject | Belt | Injury | Helmet |
|---|---|---|---|---|---|---|---|---|
| ROBERT A BRYANT (Operator) | 1 | M | 09/24/59 | 1 | N | 6 | 1 | N |
| RICHARD D CAPLETTE (Passenger) | 1 | M | 01/19/34 | 3 | N | 6 | 1 | N |
| OLABODE S ODUNAIKE (Operator) | 2 | M | 06/19/61 | 1 | N | 6 | 5 | N |

| Reporting Officer | Badge No. | Date of Report |
|---|---|---|
| TROOPER PETER CAMBIO | 179 | 02/11/2004 |