EXHIBIT 6

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

ROBERT BRYANT, Individually
And as parent and next friend of
KAYLA MARIE BRYANT

VS.

C.A. No.: 07-0760

OLABODE ODUNAIKE
and TRUCKLEASE CORPORATION, Alias
and Does 1 thru 5

**PLAINTIFF, ROBERT BRYANT'S ANSWERS TO INTERROGATORIES**

1. What is your full name, age, resident, business and occupation?

**RESPONSE #1:** Robert A. Bryant, Sr. 120 Bailywoods Road, Brooklyn, CT 06234, DOB 9/24/1959, no longer employed, Prior employment as auto technician.

2. Do you claim to have received any injuries as a result of the accident alleged in your Complaint? If so, describe the said injuries fully and by what doctor, if any, you were treated.

**RESPONSE #2:** Yes. R.I. Hospital Emergency Room, 593 Eddy Street, Providence, RI, laceration to chin, sutures, cervical, right knee strain. Orthopedic Associates, A. Louis Mariorenzi, 725 Reservoir Avenue, Suite 101, Cranston, RI, traumatic synovitis right knee, right wrist sprain. Brooklyn Family Medicine, Paul Dalbec, 63 Canterbury Road, Brooklyn, CT 06234, left thumb sprain, left shoulder sprain, left jaw sprain. Dynamic Energy Therapy, 12 North Street, Rutland, VT. 05701, Cranio Sacral Treatment, Integrated Therapies Accupuncture & Massage Clinic, Rt. 4, Mendon, VT 05701, Chris Adams/MT-CST-T. Killingly Eye Care, 25 Green Hollow Road, Danielson, CT 06239, Robert Macneil, OD, Dr. Criscuolo, 330 Washington Street, Suite 540, Norwich, CT, (2) MRI, Norwich, CT, (1) MRI, Putnam, CT.

3. If you are the owner of the motor vehicle referred to in your Complaint as having been damaged, state with regard to the said:

a. Its make and model;
b. The date on which you purchased it;
c. The name and address of the person or corporation from whom you purchased it.

**RESPONSE #3:** Property damage paid, 1987 GMC truck

4. Please state accurately and in detail all the damage that occurred to your car because of the alleged incident.

**RESPONSE #4:** Severe Front end damage Driver and passenger side, front and rear damage.

5. If your car has been repaired, please state:
   a. The name and address of the person or corporation who made the repairs;
   b. The itemized cost of making the same.

**RESPONSE #5:** Total loss.

6. If as a result of the alleged accident you were obliged to hire or otherwise obtain the use of a motor vehicle, please state:
   a. The name and address of the person or corporation from whom said motor vehicle was hired or procured;
   b. For exactly what period of time it was used by you;
   c. The amount you paid or agreed to pay for the use of it.

**RESPONSE #6:** N/A

7. Was your automobile, at the time of the alleged accident, registered? If so, please state:
   a. Under the law of what state was it so registered;
   b. The number of said registration and the year of same.

**RESPONSE #7:** Yes, Connecticut Registration, 67C196

8. Was the driver of your motor vehicle someone other than yourself? If so, give the name and address of said driver.

**RESPONSE #8:** No.

9. If your answer to the preceding Interrogatory is that the driver was someone other than yourself, please state:
   a. If (s)he was operating said motor vehicle with authority from you and with your knowledge and consent;
   b. If there was any person in said motor vehicle who had authority to use same;
   c. If it was being operated on your behalf or on your business.

**RESPONSE #9:** N/A

10. Was the operator of your motor vehicle licensed to operate motor vehicles?

**RESPONSE #10:** Yes.

11. What was the rate of speed of your motor vehicle and of the other vehicle:
   a. At the time of the accident?
   b. 50 feet from the accident?
   c. 100 feet from the accident?

**RESPONSE #11:**
a. app. 25-30 mph
b. app. 50 mph
c. app. 50 mph

12. Were there any witnesses to the alleged accident?

**RESPONSE #12:** Yes

13. If your answer to the preceding Interrogatory is in the affirmative, please state the names and addresses of such witnesses.

**RESPONSE #13:** Richard Capplette, 211 Wauregan Road, Brooklyn, CT 06234.
Olabode Odunaike, 153 Eastwood Avenue, Providence, RI 02901.

14. Please state with reference to the said accident:
  a. As precisely as possible where the said accident occurred;
  b. Please describe as carefully as possible how the alleged accident occurred;
  c. The year, month, day and time of the accident.

**RESPONSE #14:** Low speed lane Route 95 (S), Providence, RI at a point 500 ft. North of Atwells Avenue off ramp. The vehicle driven by Olabode Odunaike swerved into the lane of travel of the Plaintiff causing the accident. That on February 11, 2004 at approximately12:00 o'clock P.M.

15. Was there anybody else riding in your motor vehicle at the time of the alleged accident? If so, please state the name and address of each person.

**RESPONSE #15:** Richard Capplette

16. Did you or your operator apply the brakes before the accident?

**RESPONSE #16:** Yes, possibly on and off, as we were traveling in the slow lane.

17. If your answer to the preceding Interrogatory is in the affirmative, please state:
  a. The distance your vehicle was from the point of the accident when its brakes were first applied;
  b. The speed of your vehicle at the time;
  c. How far your vehicle traveled from the time its brakes were first applied until it came to a stop following the accident.

**RESPONSE #17:**
a. app. 20 feet
b. app. 25 – 30 mph.
c. app. 150 feet

18. State the points of contact between the two motor vehicles involved in this collision.

**RESPONSE #18:** Plaintiff right rear twice, sending across three lanes into the jersey barrier. Defendant's vehicle left front.

19. If you owned, leased or had the use of a pager or mobile, car or cell phone on the date of the accident: please provide the name and address of the service provider; the account or telephone number assigned to the phone; state whether you had the telephone in your vehicle at the time of the accident; and if so, where it was located; and state whether you were using the phone at the time of the accident.

**RESPONSE #19:** N/A

20. If you have been convicted of a misdemeanor crime within the past five (5) years or a felony crime within the past ten (10) years, please state the following:
   a. the crime for which you were convicted;
   b. the Court where you were convicted;
   c. the date of the conviction; and
   d. the attorney who represented you.

**RESPONSE #20:** Objection to relevancy without waiving said objection, none.

Plaintiff,

Robert A. Bryant
Robert Bryant

Subscribed and sworn before me this 28th day of MARCH, 2008 in the county of WINDHAM, State of CONNECTICUT.

Leona A. Mainville
Notary Public
LEONA A. MAINVILLE
Comm. Exp. NOTARY PUBLIC
MY COMMISSION EXPIRES SEP. 30, 201?

**CERTIFICATION**

I hereby certify that on this 3rd day of April, 2008 a true and accurate copy of the Answers to Interrogatories were mailed, postage prepaid, to: **Michael D. Urban, Esquire**, Law Offices of Jacqueline L. Allen, 262 Washington Street, Suite 601, Boston, MA 02108, and **Li T. Nguyen, Esquire**, Assistant U.S. Attorney, Chief, Civil Division, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

Donna Boffi