STATE OF RHODE ISLAND
PROVIDENCE, SC

FEDERAL COURT

ROBERT BRYANT, Individually
And as parent and next friend of
KAYLA MARIE BRYANT

VS.

C.A. No.: 07-0760

OLABODE ODUNAIKE
and TRUCKLEASE CORPORATION, Alias
and Does 1 through 5

PLAINTIFF'S MOTION TO QUASH AND/OR PROTECTIVE ORDER

Now comes the Plaintiffs by and through counsel and hereby join in that certain Motion to Quash and/or Protective Order filed by Rhode Island Hospital relative to a Subpoena served upon the hospital on April 28, 2008. Plaintiffs hereby join in said Motion to the extent that the records sought by subpoena are not specific to the injuries claimed and related to this litigation.

Plaintiff has no objection to a subpoena of records relating to the Emergency Room visit of the Plaintiff, Robert Bryant at Rhode Island Hospital on February 11, 2004.

Plaintiffs
By their Attorney,

/s/ James P. Howe
James P. Howe #2716
215 Broadway
Providence, RI 02903
401-272-3900

**CERTIFICATION**

I hereby certify that on this 14th day of May, 2008 I did send a true and accurate copy of the within by electronically means (ECF) to Michael D. Urban, Esquire.

/s/ James P. Howe