**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Robert Bryant, Individually and as parent and next friend of Kayla Marie Bryant, Plaintiff, | ) | Civil Action No. 07-104ML |
| v. | ) | |
| Trucklease Corporation, Defendant. | ) | |

**DEFENDANT'S MOTION TO STRIKE IMPROPERLY FILED MEMORANDUM OF LAW AND SUBSTITUTE PROPER MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes Defendant, through counsel, and states as follows**:**

1. Following a hearing on Defendant's Motion for Judgment on the Pleadings held April 30, 2008, Defendant's Motion for Judgment on the Pleadings was denied, but Defenant was given leave by the Court to file a Motion for Summary Judgment on the same issues by May 14, 2008.

2. Defendant prepared the Motion for Summary Judgment, together with a Memorandum of Law in Support of Defendant's Motion for Summary Judgment, with exhibits.

3. Defendant intended to file these documents on May 13, 2008. On May 12, 2008, Defendant's attorney, Michael D. Urban, conferred with his assistant and his office manager concerning filing these documents. It was planned that Mr. Urban's assistant and his office manager would

file the documents on May 13, 2008 because Mr. Urban was out of the office defending depositions in another matter.

4. As of May 13, 2008, all documents and exhibits were prepared and ready to file.

5. On may 13, 2008, Mr. Urban's staff properly filed the Motion for Summary Judgment. However, they improperly filed the Memorandum of Law in Support of the Motion for Summary Judgment, with Exhibits. Mr. Urban's staff accidently filed an old Memorandum of Law which pertained to the earlier Motion for Judgment on the Pleadings.

6. Defendant moves to strike the improperly filed Memorandum of Law and substitute in its place the proper Memorandum of Law in Support of Defendant's Motion for Summary Judgment, together with exhibits.

7. The proper memorandum of Law in Support of Motion for Summary Judgment, with exhibits, will be filed separately.

8. James Howe, attorney for the Plaintiff, was contacted by phone in a good faith effort to seek assent to this motion but was not available.

WHEREFORE, the Defendant, Trucklease Corporation, requests that the Court:

A. Strike the improperly filed Memorandum of Law in Support of Judgment on the Pleadings which was inadvertently filed May 13, 2008;

B. Substitute the proper Memorandum of Law in Support of Defendant's Motion for Summary Judgment in its place; and

C. Grant such further relief as the Court deems just and proper.

Respectfully submitted,

Defendant,
Trucklease Corporation,

By its Attorney,

/s/ Michael D. Urban
Michael D. Urban
RI Bar No. 5611
Law Offices of Jacqueline L. Allen
One Liberty Square, 12th Floor
Boston, MA 02109
617-878-4618

**CERTIFICATE OF SERVICE**

I, Michael D. Urban, attorney for the Defendant, Trucklease Corporation, in the above-entitled action, hereby certify that on the 14th day of May, 2008, I electronically filed a copy of the within document through the ECF system of the United States District Court for the District of Rhode Island.

/s/ Michael D. Urban
Michael D. Urban
RI Bar No. 5611
Law Offices of Jacqueline L. Allen
One Liberty Square, 12th Floor
Boston, MA 02109
617-878-4618