EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **ROBERT BRYANT, individually and as parent and next friend of KAYLA MARIE BRYANT,** | ) | |
| **Plaintiffs** | ) | |
| **v.** | ) | **CA No.** |
| **OLABODE ODUNAIKE and TRUCKLEASE CORPORATION,** | ) | |
| **Defendants** | ) | |

## CERTIFICATION

I, Robert Clark Corrente, am the United States Attorney for the District of Rhode Island, and my office is responsible for litigating the captioned action. I have read the Complaint filed in Bryant v.Odunaike, P.C. No. 2007-0760. Pursuant to the provisions of 28 U.S.C. 2679, and by virtue of the authority vested in me by the Attorney General of the United States under 28 C.F.R. § 15.3 and its appendix, on the basis of the information now available with respect to the allegations, I hereby find and certify that Defendant Olabode Odunaike was acting within the scope of his employment as an employee of the United States at the time of the incident out of which the Plaintiffs' claims arise.

Dated this 19th day of March 2007

ROBERT CLARK CORRENTE
United States Attorney
District of Rhode Island