EXHIBIT 7

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

ROBERT BRYANT, Individually
And as parent and next friend of
KAYLA MARIE BRYANT

VS.

C.A. No.: 07-0760

OLABODE ODUNAIKE
and TRUCKLEASE CORPORATION, Alias
and Does 1 thru 5

**PLAINTIFF'S IDENTIFICATION OF EXPERTS**

Now comes the Plaintiff and identifies as experts for trial in this matter the following physicians, who treated the Plaintiff for injuries sustained in the incident of February 11, 2004.

1. Dr. A. Lewis Mariorenzi – Orthopedic Associates

Dr. Mariorenzi is a Board Certified Orthopedic Surgeon who treated the Plaintiff for injuries associated with the injuries sustained on February 11, 2004. Dr. Mariorenzi will testify that the automobile collision involving this Plaintiff was the cause of the injuries sustained, the disability suffered and the pain and suffering suffered by the Plaintiff.

Plaintiff will present the testimony of the Keeper of Records of Rhode Island Hospital detailing emergency room treatment of the Plaintiff for injuries sustained on February 11, 2004.

Plaintiff
By his attorney

James P. Howe #2716
215 Broadway
Providence, RI 02903
401-272-3900

**CERTIFICATION**

I hereby certify that on this 18th day of April, 2008 a true and accurate copy of the Answers to Interrogatories were mailed, postage prepaid, to: **Michael D. Urban, Esquire**, Law Offices of Jacqueline L. Allen, 262 Washington Street, Suite 601, Boston, MA 02108.