UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT BRYANT | : | |
| vs. | : | No. 07-104 |
| OLABODE ODUNAIKE, et al. | : | |

**STIPULATED ORDER**

It is hereby stipulated between the parties that Rhode Island Hospital and the Plaintiff's Motions to Quash shall pass.

Rhode Island Hospital
By Its Attorney,

/s/ Michael D. Urban
Michael D. Urban (#5611)
Law Offices of Jacqueline L. Allen
One Liberty Square
12th Floor
Boston, MA 02109
Michael.urban@cna.com

/s/ Linn F. Freedman
Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614
E-mail: lfreedman@nixonpeabody.com

/s/ James P. Howe
James P. Howe (#2716)
215 Broadway
Providence, RI 02903
Telephone: (401) 272-3900
Fax: (401) 831-9305
E-mail: jph@jamesphowe.com

Dated: May 20, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of May, 2008, I filed this Stipulated Order electronically with the Court and sent a true copy of said Order by first-class mail to:

Michael D. Urban, Esq.
Law Offices of Jacqueline L. Allen
One Liberty Square
12th Floor
Boston, MA 02109
Michael.urban@cna.com

James P. Howe, Esq.
215 Broadway
Providence, RI 02903
Telephone: (401) 272-3900
Fax: (401) 831-9305
E-mail: jph@jamesphowe.com

/s/ Linn F. Freedman