STATE OF RHODE ISLAND
PROVIDENCE, SC

FEDERAL COURT

ROBERT BRYANT, Individually
And as parent and next friend of
KAYLA MARIE BRYANT

VS.

C.A. No.: 07-0760

OLABODE ODUNAIKE
and TRUCKLEASE CORPORATION, Alias
and Does 1 thru 5

**OBJECTION TO MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiffs Robert Bryant and Kayla Bryant and hereby object to the Motion for Summary Judgment filed by the Defendants Trucklease Corporation.

Plaintiffs rely upon the Memorandum of Law and Exhibits filed herewith.

Plaintiffs
By their Attorney,

/s/ James P. Howe
James P. Howe #2716
215 Broadway
Providence, RI 02903
401-272-3900

**CERTIFICATION**

I hereby certify that on this 2nd day of June, 2008 a true and accurate copy of the within were mailed, postage prepaid, to: Michael D. Urban, Esquire, Law Offices of Jacqueline L. Allen, 262 Washington Street, Suite 601, Boston, MA 02108, and Li T. Nguyen, Esquire, Assistant U.S. Attorney, Chief, Civil Division, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ James P. Howe