UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT BRYANT | : | |
| | : | |
| vs. | : | No. 07-104 |
| | : | |
| OLABODE ODUNAIKE, et al. | : | |
| | : | |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

Linn F. Freedman hereby requests that this Honorable Court allow her to withdraw as counsel for Rhode Island Hospital for the reasons set forth in the attached Memorandum In Support of Motion for Withdrawal of Appearance.

Upon information and belief, there is no objection to the filing of this Motion.

Rhode Island Hospital
By Its Attorney,

/s/ Linn F. Freedman
Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614
E-mail: lfreedman@nixonpeabody.com

Dated: June 24, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of June, 2008, I filed this Motion for Withdrawal of Appearance electronically with the Court and sent a true copy of said Motion by first-class mail to:

Michael D. Urban, Esq.
Law Offices of Jacqueline L. Allen
One Liberty Square
12th Floor
Boston, MA 02109
Michael.urban@cna.com

James P. Howe, Esq.
215 Broadway
Providence, RI 02903
Telephone: (401) 272-3900
Fax: (401) 831-9305
E-mail: jph@jamesphowe.com

/s/ Linn F. Freedman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT BRYANT | : | |
| | : | |
| vs. | : | No. 07-104 |
| | : | |
| OLABODE ODUNAIKE, et al. | : | |
| | : | |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR WITHDRAWAL OF APPEARANCE**

Linn F. Freedman requests that this Honorable Court allow her to withdraw from this case. In support of this Motion, she states that Rhode Island Hospital filed a Motion to Quash and/or for Protective Order in this case with regard to a medical records subpoena for records of Plaintiff, Robert Bryant. The Motion to Quash was passed per Stipulated Order. Accordingly, Rhode Island Hospital's presence as a party in this case is no longer necessary.

Upon information and belief, there is no objection to the filing of this Motion.

Rhode Island Hospital
By Its Attorney,

/s/ Linn F. Freedman
Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614
E-mail: lfreedman@nixonpeabody.com

Dated: June 24, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June, 2008, I filed this Memorandum in Support of Motion for Withdrawal of Appearance electronically with the Court and sent a true copy of said Memorandum by first-class mail to:

Michael D. Urban, Esq.
Law Offices of Jacqueline L. Allen
One Liberty Square
12th Floor
Boston, MA 02109
Michael.urban@cna.com

James P. Howe, Esq.
215 Broadway
Providence, RI 02903
Telephone: (401) 272-3900
Fax: (401) 831-9305
E-mail: jph@jamesphowe.com

/s/ Linn F. Freedman